**Fill in this information to identify your case:**

Debtor 1: **Susanne P. Wahba**
First Name   Middle Name   Last Name

Debtor 2:
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of **Connecticut**

Case number (if known):

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1. BARCLAY DAMON LLP**
Creditor's Name
ATTN: BRIAN RICH, ESQ.
545 LONG WHARF DR 9TH FL
Number   Street
New Haven, CT 06511
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? **Other**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): _____
   Value of security: _____
   Unsecured: _____

**$202,848.56**

**2. Town of Greenwich**
Creditor's Name
Attn: Heather Smeriglio, Tax Collector
101 Field Point Road
Number   Street
Greenwich, CT 06830
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? **Taxes or Penalties Owed to Governmental Units**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured): **$2,409.56**
   Value of security: **$0.00**
   Unsecured: **$2,409.56**

**$2,409.56**

Debtor 1  **Susanne  P.  Wahba**    Case number *(if known)* _____
          First Name  Middle Name  Last Name

|  |  | **Unsecured claim** |
|---|---|---|

### 3

**Willcutts & Habib LLC**
Creditor's Name

**Attn: Michael J. Habib, Esq.**

**100 Pearl St Fl 14**
Number    Street

**Hartford, CT 06103-4500**
City    State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**  **Attorney Fees**    **$282.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured):    **$282.00**
    Value of security:    **$0.00**
    Unsecured    **$282.00**

### 4

_____
Creditor's Name

_____
Number    Street

_____

_____
City    State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    _____
    Value of security:    _____
    Unsecured    _____

### 5

_____
Creditor's Name

_____
Number    Street

_____

_____
City    State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    _____
    Value of security:    _____
    Unsecured    _____

### 6

_____
Creditor's Name

_____
Number    Street

_____

_____
City    State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    _____
    Value of security:    _____
    Unsecured    _____

| Debtor 1 | **Susanne** | **P.** | **Wahba** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|   |   | **Unsecured claim** |
|---|---|---|
| **7** | Creditor's Name _____ <br><br> Number    Street _____ <br> _____ <br><br> City    State    ZIP Code _____ <br><br> Contact _____ <br><br> Contact phone _____ | **What is the nature of the claim?** _____ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): _____ <br>        Value of security: _____ <br>        Unsecured _____ | _____ |
| **8** | Creditor's Name _____ <br><br> Number    Street _____ <br> _____ <br><br> City    State    ZIP Code _____ <br><br> Contact _____ <br><br> Contact phone _____ | **What is the nature of the claim?** _____ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): _____ <br>        Value of security: _____ <br>        Unsecured _____ | _____ |
| **9** | Creditor's Name _____ <br><br> Number    Street _____ <br> _____ <br><br> City    State    ZIP Code _____ <br><br> Contact _____ <br><br> Contact phone _____ | **What is the nature of the claim?** _____ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): _____ <br>        Value of security: _____ <br>        Unsecured _____ | _____ |
| **10** | Creditor's Name _____ <br><br> Number    Street _____ <br> _____ <br><br> City    State    ZIP Code _____ <br><br> Contact _____ <br><br> Contact phone _____ | **What is the nature of the claim?** _____ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): _____ <br>        Value of security: _____ <br>        Unsecured _____ | _____ |

Debtor 1  **Susanne        P.        Wahba**                                    Case number *(if known)* _____
          First Name    Middle Name    Last Name

|  | | Unsecured claim |
|---|---|---|
| **11** Creditor's Name <br> Number   Street <br> City   State   ZIP Code <br> Contact <br> Contact phone | **What is the nature of the claim?** _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): _____ <br>     Value of security: _____ <br>     Unsecured _____ | _____ |
| **12** Creditor's Name <br> Number   Street <br> City   State   ZIP Code <br> Contact <br> Contact phone | **What is the nature of the claim?** _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): _____ <br>     Value of security: _____ <br>     Unsecured _____ | _____ |
| **13** Creditor's Name <br> Number   Street <br> City   State   ZIP Code <br> Contact <br> Contact phone | **What is the nature of the claim?** _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): _____ <br>     Value of security: _____ <br>     Unsecured _____ | _____ |
| **14** Creditor's Name <br> Number   Street <br> City   State   ZIP Code <br> Contact <br> Contact phone | **What is the nature of the claim?** _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): _____ <br>     Value of security: _____ <br>     Unsecured _____ | _____ |

Debtor 1   **Susanne    P.    Wahba**                                      Case number *(if known)* _____
           First Name   Middle Name   Last Name

|  |  | **Unsecured claim** |
|---|---|---|

**15**

Creditor's Name _____

Number   Street _____
_____

City   State   ZIP Code _____

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): _____
     Value of security: _____
     Unsecured _____

**16**

Creditor's Name _____

Number   Street _____
_____

City   State   ZIP Code _____

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): _____
     Value of security: _____
     Unsecured _____

**17**

Creditor's Name _____

Number   Street _____
_____

City   State   ZIP Code _____

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): _____
     Value of security: _____
     Unsecured _____

**18**

Creditor's Name _____

Number   Street _____
_____

City   State   ZIP Code _____

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): _____
     Value of security: _____
     Unsecured _____

Debtor 1  **Susanne            P.            Wahba**                                Case number *(if known)* _____
First Name      Middle Name      Last Name

|  | Unsecured claim |
|---|---|

**19** Creditor's Name: _____

Number  Street: _____

City  State  ZIP Code: _____

Contact: _____

Contact phone: _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured: _____

**20** Creditor's Name: _____

Number  Street: _____

City  State  ZIP Code: _____

Contact: _____

Contact phone: _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured: _____

### Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Susanne P. Wahba**
Signature of Debtor 1

Date  **11/14/2024**
MM / DD / YYYY

X  _____
Signature of Debtor 2

Date  _____
MM / DD / YYYY