B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

**In re**   Wahba, Susanne P.

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................ **$2,782.00**

   Prior to the filing of this statement I have received ..................................................................... **$2,500.00**

   Balance Due ................................................................................................................................. **$282.00**

2. The source of the compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)    **Debtor's Son** _____

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

Representation of the Debtor at/in Adversary Proceedings;

Representation of the Debtor at Subsequent/Additional Meeting(s) of Creditors, after the first Meeting of Creditors that is Scheduled and/or Held/Conducted, if:

(1) the Subsequent/Additional Meeting(s) of Creditors is/are Necessitated by the Debtor's failure to provide all Required Information and/or Documentation no later than seven (7) days prior to the scheduled Meeting of Creditors pursuant to Local Bankr. R. 4002-1, or such other deadline established per the Bankruptcy Trustee's Individual Requirements; or,

(2) if the Subsequent/Additional Meeting(s) of Creditors is/are Necessitated by the Debtor's failure to appear at the first Meeting of Creditors that is Scheduled and Held/Conducted, where the Debtor's Attorney did appear and the Debtor failed to provide advance notice of the Debtor's inability to attend on the Scheduled Date & Time.

***"Add'l Fees, Costs & Expenses" = $282.00 expended for Title Search and copies of Land Records****

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/14/2024** | **/s/ Michael J. Habib** |
|---|---|
| Date | Michael J. Habib |
| | *Signature of Attorney* |
| | Bar Number: 434008 / ct29412 |
| | Willcutts & Habib LLC |
| | 100 Pearl St Fl 14 |
| | Hartford, CT 06103-4500 |
| | Phone: (860) 249-7071 |
| | Fax: (860) 863-4625 |
| | **Willcutts & Habib LLC** |
| | *Name of law firm* |