# Notice Recipients

District/Off: 0205–5                 User: admin                      Date Created: 11/14/2024
Case: 24–50786                       Form ID: 309E1                   Total: 17


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Susanne P. Wahba        111 Byram Shore Rd.        Greenwich, CT 06830–6907
ust       U. S. Trustee        Office of the U.S. Trustee        Giaimo Federal Building        150 Court Street, Room 302        New Haven, CT 06510
aty       Michael J. Habib        Willcutts & Habib LLC        100 Pearl St.        Ste Flr. 14        Hartford, CT 06103–4500
smg       U. S. Internal Revenue Service        Dept. of Treasury        135 High Street, Stop 155        Hartford, CT 06103
smg       Securities and Exchange Commission        Northeast Regional Office        The Woolworth Building        233 Broadway        New York, NY 10279
9530998   Abraham M Hoffmann        4154 Madison Ave.        Trumbull, CT 06611
9530999   American Express National Bank        Attn: Manager, Bankruptcy Dept.        115 W Towne Ridge Pkwy        Sandy, UT 84070
9531000   BARCLAY DAMON LLP        ATTN: BRIAN RICH, ESQ.        545 LONG WHARF DR 9TH FL        New Haven, CT 06511
9531001   CHASE HOME LENDING        ATTN: BANKRUPTCY DEPT.        700 Kansas Ln        Monroe, LA 71203
9531002   Department of Revenue Services        Attn: Manager, Bankruptcy Unit        450 Columbus Blvd Ste 1        Hartford, CT 06103–1837
9531003   Internal Revenue Service        Centralized Insolvency Operation        PO Box 7346        Philadelphia, PA 19101–7346
9531004   Law Offices Howard Lee Schiff, PC        510 Tolland St.        East Hartford, CT 06108
9531005   Marino, Zabel & Schellenberg, PLLC        Attn: Dennis J. Kokenos, Esq.        657 Orange Center Rd        Orange, CT 06477
9531006   Midland Credit Management, Inc.        Attn: Manager, Bankruptcy Dept.        350 Camino De La Reina Ste. 100        San Diego, CA 92108
9531007   Susanne P. Wahba        111 Byram Shore Road        Greenwich, CT 06830–6907
9531008   Town of Greenwich        Attn: Heather Smeriglio, Tax Collector        101 Field Point Road        Greenwich, CT 06830
9531009   U.S. Securities and Exchange Commission        100 F St. NE        Washington, DC 20549–2000

TOTAL: 17