# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                                                                  Case No.: 24-50786

      **SUSANNE P. WAHBA**                                  Chapter: 11

                                          Debtor.                     ECF No. 11
_____/

## APPLICATION TO EMPLOY COUNSEL FOR THE DEBTOR-IN-POSSESSION

    **SUSANNE P. WAHBA**, as Debtor-in-Possession, applied to this Honorable Court pursuant to § 327(a) of the *Bankruptcy Code* for an *Order* approving the employment of <u>Michael J. Habib, Esq.</u> as her attorney. In support hereof, the Debtor respectfully represents as follows:

    1. **SUSANNE P. WAHBA** (the "debtor" or "debtor-in-possession") filed a voluntary petition under Chapter 11 of the *Bankruptcy Code* on Thursday, November 14, 2024, and continues in possession of its estate as debtor-in-possession.

    2. The debtor, as debtor-in-possession, has selected and seeks to employ Michael J Habib, Esq. of Willcutts & Habib LLC to represent her in this case because:

      a. The debtor already has a working relationship with Attorney Habib, who has represented the debtor since 2017;

      b. Attorney Habib's partner, Attorney Willcutts, has represented the debtor since at least 2013;

    c. Given the long-standing relationship between the debtor and Attorneys Habib and Willcutts, Attorney Habib is familiar with the debtor's finances, and is in the best position to understand the debtor's financial situation;

    d. Attorney Habib consulted with the debtor prior to filing and assisted the debtor in preparing the petition, schedules, statements, and lists.

3. Proposed counsel received an advance fee of $2,500 prior to the Chapter 11 filing and has agreed to provide representation in this matter based on that flat fee, or such other amount as may be approved and/or ordered by this Honorable Court, plus reimbursement of out-of-pocket expenses, including, but not limited to, copying, postage, legal database usage, witness fee and expenses, and travel costs at the prevailing IRS mileage reimbursement rate.

4. Immediately prior to filing the instant Chapter 11 case, proposed counsel did incur out-of-pocket expenses totaling $258, which proposed counsel advanced on behalf of the debtor, in order to conduct a title search on the debtor's property and to obtain copies of relevant land records pertinent to this action.

5. The out-of-pocket expenses totaling $258, explained above in Paragraph 4, is the total extent of money owed by the debtor to proposed counsel, and the debtor has no outstanding fees due to Attorney Habib, Attorney Willcutts, or to Willcutts & Habib LLC in relation to any prior legal representation.

6. Proposed counsel has no connections with the debtor, any creditor, other party-in-interest, their respective attorneys and/or accountants, the United States trustee, and/or any person employed in the Office of the United States trustee, except as follows:

a. In 2017, proposed counsel filed an appearance for the debtor in the state-court foreclosure action with Chase Bank, and actively represented the debtor in that action from September 2017 through approximately January 2019;

b. Proposed counsel's partner, Attorney Willcutts, actively represented the debtor in the action brought by the debtor against Chase Bank from 2013 until approximately April 2017;

c. Proposed counsel's partner, Attorney Willcutts, resumed actively representing the debtor in the Chase Bank action in July 2019, continuing through the present, including two appeals to the Connecticut Appellate Court and an appeal to the Connecticut Supreme Court, and proposed counsel assisted Attorney Willcutts with the briefing in all three appeals;

d. In September 2017, when proposed counsel filed an appearance for the debtor in the Chase foreclosure action, proposed counsel incorrectly believed that a defendant in the foreclosure action, Dr. Magdy Wahba, was the debtor's husband (non-filing spouse), Mahmoud Wahba, and proposed counsel erroneously filed an Appearance for Dr. Magdy Wahba in that action at the same time that proposed counsel appeared for the debtor in that action. Proposed counsel only later learned that Dr. Magdy Wahba is not the debtor's husband, but rather is the debtor's brother-in-law (the brother of the debtor's husband).

    Proposed counsel was only retained by the debtor in the foreclosure action, and not by Dr. Magdy Wahba. Proposed counsel has never filed any pleadings on behalf of Dr. Magdy Wahba in the Chase foreclosure or otherwise advanced any argument or position for Dr. Magdy Wahba in that litigation. Indeed, Dr. Magdy Wahba was defaulted in the Chase foreclosure action well-before proposed counsel appeared in the case for the debtor.

    However, Dr. Magdy Wahba is a named defendant in the Chase foreclosure action, who was cited-into the action by Chase Bank when Chase filed the foreclosure counter-claim against the debtor. Dr. Magdy Wahba has a recorded interest in property of the debtor's estate, insomuch as in October 2010 the debtor gave a $1.3 million mortgage on the debtor's property (recorded at Volume 6029, Pages 285-89 of the Greenwich Land Records) to Dr. Magdy Wahba when Dr. Magdy Wahba lent money to his brother, the debtor's husband. Dr. Magdy Wahba's mortgage is subordinate to the Chase mortgage. Notwithstanding the recorded mortgage to Dr. Magdy Wahba, it is understood that there is no genuine expectation of repayment of the loan between the brothers.

7. A verified statement by proposed counsel is appended hereto.

- 5 -

**WHEREFORE**, for the foregoing reasons, the debtor-in-possession respectfully prays for entry of an *Order* approving the employment of Michael Habib, Esq. as its' attorney, effective as of the date the petition was filed.

**RESPECTFULLY SUBMITTED,
SUSANNE P. WAHBA,
DEBTOR-IN-POSSESSION,**

____/S/ SUSANNE P. WAHBA
111 Byram Shore Road
Greenwich, CT 06830
(203) 979 2770
susannewahba@gmail.com