# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 24-50786 |
| **SUSANNE P. WAHBA** | Chapter: 11 |
| Debtor. | ECF No. 11 |
| _____/ | |

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the *Federal Rules of Bankruptcy Procedure*, the undersigned certifies that on the **18th** day of **November**, **2024**, the foregoing document was served on the U.S. Trustee and all appearing parties via the court's CM/ECF electronic filing system.

**SUSANNE P. WAHBA,**
**DEBTOR-IN-POSSESSION,**

    /S/ SUSANNE P. WAHBA
111 Byram Shore Road
Greenwich, CT 06830
(203) 979 2770
susannewahba@gmail.com