

# State of Connecticut Judicial Branch
# Superior Court Case Look-up

**Superior Court Case Look-up**
  Civil/Family
  Housing
  Small Claims
-
Attorney/Firm Juris Number Look-up
-
Case Look-up
  By Party Name
  By Docket Number
  By Attorney/Firm Juris Number
  By Property Address
-
Short Calendar Look-up
  By Court Location
  By Attorney/Firm Juris Number
  Motion to Seal or Close
  Calendar Notices
-
Court Events Look-up
  By Date
  By Docket Number
  By Attorney/Firm Juris Number
-
Legal Notices
-
Pending Foreclosure Sales
-
Understanding Display of Case Information
-
Contact Us



Comments

**FST-CV13-6019828-S**     **WAHBA, SUSANNE P. v. JPMORGAN CHASE BANK, N.A.**

**Prefix:** FS3     **Case Type:** P20     **File Date:** 09/17/2013     **Return Date:** 09/24/2013

| Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help |

To receive an email when there is activity on this case, click here.

**Information Updated as of:** 11/14/2024

### Case Information

| | |
|---|---|
| **Case Type:** | P20 - Property - Quiet Title/Discharge of Mortgage or Lien |
| **Court Location:** | STAMFORD JD |
| **List Type:** | JURY (JY) |
| **Trial List Claim:** | 06/27/2016 |
| **Last Action Date:** | 11/06/2024  (The "last action date" is the date the information was entered in the system) |

### Disposition Information

| | |
|---|---|
| **Disposition Date:** | 11/26/2018 |
| **Disposition:** | JUDGMENT OF STRICT FORECLOSURE |
| **Judge or Magistrate:** | HON KENNETH POVODATOR |

### Party & Appearance Information

| Party | | | No Fee Party | Category |
|---|---|---|---|---|
| P-01 | SUSANNE P. WAHBA | | | Plaintiff |
| | Attorney: | MICHAEL J HABIB (434008)<br>100 PEARL ST.<br>14TH FLR.<br>HARTFORD , CT 061034500 | File Date: 09/15/2017 | |
| | Attorney: | WILLCUTTS & HABIB LLC (440514)<br>100 PEARL STREET<br>14TH FLOOR<br>HARTFORD , CT 06103 | File Date: 07/23/2019 | |
| D-01 | JPMORGAN CHASE BANK, N.A. | | | Defendant |
| | Attorney: | BARCLAY DAMON LLP (440819)<br>545 LONG WHARF DRIVE<br>9TH FLOOR<br>NEW HAVEN , CT 06511 | File Date: 09/02/2022 | |
| | Attorney: | BROCK AND SCOTT PLLC (439942)<br>270 FARMINGTON AVENUE<br>SUITE 151<br>FARMINGTON , CT 06032 | File Date: 10/29/2024 | |
| D-02 | DR. MAGDY A. WAHBA | | | Defendant |
| | Attorney: | WILLCUTTS LAW GROUP LLC (412755)<br>285 FARMINGTON AVENUE<br>HARTFORD , CT 06105 | File Date: 05/24/2016 | |
| | Attorney: | MICHAEL J HABIB (434008)<br>100 PEARL ST.<br>14TH FLR.<br>HARTFORD , CT 061034500 | File Date: 09/15/2017 | |
| D-03 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>Non-Appearing | | | Defendant |
| D-04 | BRIDGE FUNDING, INC.<br>Non-Appearing | | | Defendant |
| D-05 | AMERICAN EXPRESS CENTURION BANK<br>Non-Appearing | | | Defendant |

| | | | | |
|---|---|---|---|---|
| D-06 | MIDLAND FUNDING, LLC<br>Non-Appearing | | | Defendant |
| O-01 | COMMITTEE | | | Witness |
| | Attorney: | JOHN J RYAN (052564)<br>5 BROOK STREET<br>SUITE 2B<br>DARIEN , CT 06820 | File Date: 10/25/2024 | |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an  in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 09/17/2013 | P | **SUMMONS** | |
| | 09/17/2013 | P | **COMPLAINT** | |
| | 09/17/2013 | P | **RETURN OF SERVICE** | |
| | 09/24/2013 | D | **APPEARANCE**<br>Appearance | |
| | 05/24/2016 | D | **APPEARANCE**<br>Appearance | |
| | 09/15/2017 | P | **APPEARANCE**<br>Appearance | |
| | 09/15/2017 | D | **APPEARANCE**<br>Appearance | |
| | 07/23/2019 | P | **APPEARANCE**<br>Appearance | |
| | 09/02/2022 | D | **APPEARANCE**<br>Appearance | |
| | 10/25/2024 | | **APPEARANCE** | |
| | 10/29/2024 | D | **APPEARANCE**<br>Appearance | |
| 101.00 | 10/24/2013 | D | **MOTION TO STRIKE**<br>*RESULT:* Denied 1/21/2014 HON DOUGLAS MINTZ | Yes |
| 101.86 | 01/21/2014 | C | **ORDER** 📝<br>*RESULT:* Denied 1/21/2014 HON DOUGLAS MINTZ | No |

| | | | | |
|---|---|---|---|---|
| 102.00 | 10/24/2013 | D | **MEMORANDUM IN SUPPORT OF MOTION** | No |
| 103.00 | 11/04/2013 | P | **REQUEST TO EXTEND TIME TO RESPOND - MOTION TO STRIKE PB 10-40**<br>(# 101.00)<br>*RESULT:* Order 11/5/2013 BY THE CLERK | No |
| 103.86 | 11/05/2013 | C | **ORDER**<br>*RESULT:* Order 11/5/2013 BY THE CLERK | No |
| 104.00 | 12/03/2013 | P | **MEMORANDUM IN OPPOSITION TO MOTION**<br>to Strike (# 101.00) | No |
| 105.00 | 12/13/2013 | D | **REPLY MEMORANDUM** | No |
| 106.00 | 01/31/2014 | D | **ANSWER AND SPECIAL DEFENSE** | No |
| 107.00 | 05/23/2014 | P | **MOTION FOR PROTECTIVE ORDER**<br>5/27/14 Notice of Deposition<br>*RESULT:* Take Papers 6/17/2014 HON KENNETH POVODATOR | No |
| 107.86 | 06/23/2014 | C | **ORDER**<br>*RESULT:* Off 6/23/2014 HON KENNETH POVODATOR | No |
| 108.00 | 06/03/2014 | D | **OBJECTION TO MOTION**<br>FOR PROTECTIVE ORDER<br>*RESULT:* Take Papers 6/17/2014 HON KENNETH POVODATOR | No |
| 108.86 | 06/23/2014 | C | **ORDER**<br>*RESULT:* Rejected 6/23/2014 HON KENNETH POVODATOR | No |
| 109.00 | 09/26/2014 | D | **CASEFLOW REQUEST (JD-CV-116)**<br>*RESULT:* Granted 9/29/2014 HON KENNETH POVODATOR | No |
| 109.86 | 09/29/2014 | C | **ORDER**<br>*RESULT:* Granted 9/29/2014 HON KENNETH POVODATOR | No |
| 110.00 | 10/02/2014 | C | **SCHEDULING ORDER**<br>*RESULT:* Granted 10/2/2014 HON KENNETH POVODATOR | No |
| 111.00 | 10/28/2014 | D | **MOTION FOR SUMMARY JUDGMENT**<br>*RESULT:* Order 7/29/2015 HON DOUGLAS MINTZ | Yes |
| 111.01 | 03/23/2015 | C | **ORDER**<br>*RESULT:* Denied 3/23/2015 HON DOUGLAS MINTZ | No |
| 111.02 | 07/29/2015 | C | **ORDER**<br>*RESULT:* Order 7/29/2015 HON DOUGLAS MINTZ | No |
| 111.03 | 07/29/2015 | C | **MEMORANDUM OF DECISION ON MOTION**<br>*RESULT:* Order 7/29/2015 HON DOUGLAS MINTZ | No |
| 112.00 | 10/28/2014 | D | **MEMORANDUM IN SUPPORT OF MOTION**<br>FOR SUMMARY JUDGMENT | No |
| 113.00 | 10/28/2014 | D | **AFFIDAVIT**<br>IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | No |
| 114.00 | 03/02/2015 | P | **MOTION FOR EXTENSION OF TIME TO FILE BRIEF**<br>Summary Judgment | No |
| 115.00 | 03/09/2015 | P | **MOTION FOR EXTENSION OF TIME TO FILE BRIEF**<br>*RESULT:* Order 3/10/2015 HON KENNETH POVODATOR | No |
| 115.01 | 03/10/2015 | C | **ORDER**<br>*RESULT:* Order 3/10/2015 HON KENNETH POVODATOR | No |
| 116.00 | 03/17/2015 | P | **MEMORANDUM IN OPPOSITION TO MOTION**<br>for Summary Judgment | No |
| 117.00 | 03/18/2015 | P | **REPLY TO SPECIAL DEFENSE** | No |
| 118.00 | 03/18/2015 | P | **CLAIM FOR JURY OF 6** | No |
| 119.00 | 04/09/2015 | D | **MOTION TO REARGUE/RECONSIDER**<br>*RESULT:* Off 4/9/2015 HON DOUGLAS MINTZ | No |
| 119.01 | 04/09/2015 | C | **ORDER**<br>*RESULT:* Off 4/9/2015 HON DOUGLAS MINTZ | No |

| | | | | |
|---|---|---|---|---|
| 120.00 | 04/10/2015 | D | **MOTION TO REARGUE/RECONSIDER**<br>CORRECTED<br>*RESULT:* Granted 4/27/2015 HON DOUGLAS MINTZ | No |
| 120.01 | 04/13/2015 | C | **ORDER** 📝<br>*RESULT:* Off 4/13/2015 HON DOUGLAS MINTZ | No |
| 120.02 | 04/27/2015 | C | **ORDER** 📝<br>*RESULT:* Granted 4/27/2015 HON DOUGLAS MINTZ | No |
| 121.00 | 05/11/2015 | D | **BRIEF** | No |
| 122.00 | 05/20/2015 | P | **MOTION FOR CONTINUANCE**<br>*RESULT:* Granted 5/21/2015 HON KENNETH POVODATOR | No |
| 122.01 | 05/21/2015 | C | **ORDER** 📝<br>*RESULT:* Granted 5/21/2015 HON KENNETH POVODATOR | No |
| 123.00 | 05/28/2015 | P | **MOTION FOR CONTINUANCE** | No |
| 123.01 | 05/29/2015 | C | **ORDER** 📝<br>*RESULT:* Granted 5/29/2015 HON KENNETH POVODATOR | No |
| 124.00 | 06/08/2015 | P | **MEMORANDUM IN OPPOSITION TO MOTION**<br>for Summary Judgment (Supplemental) | No |
| 125.00 | 07/28/2015 | C | **ORDER** 📝<br>*RESULT:* Order 7/28/2015 HON KENNETH POVODATOR | No |
| 126.00 | 09/11/2015 | D | **MOTION FOR CONTINUANCE**<br>Trial Management Conference and Trial<br>*RESULT:* Granted 9/14/2015 HON CHARLES LEE | No |
| 126.01 | 09/14/2015 | C | **ORDER** 📝<br>*RESULT:* Granted 9/14/2015 HON CHARLES LEE | No |
| 127.00 | 10/06/2015 | D | **REQUEST TO AMEND AND AMENDMENT**<br>REQUEST FOR LEAVE TO AMEND ANSWER AND SPECIAL DEFENSES<br>*RESULT:* Granted 12/30/2015 HON DONNA HELLER | No |
| 127.01 | 12/30/2015 | C | **ORDER** 📝<br>*RESULT:* Granted 12/30/2015 HON DONNA HELLER | No |
| 128.00 | 10/21/2015 | P | **OBJECTION TO REQUEST TO AMEND**<br>*RESULT:* Overruled 12/30/2015 HON DONNA HELLER | No |
| 128.01 | 12/30/2015 | C | **ORDER** 📝<br>*RESULT:* Overruled 12/30/2015 HON DONNA HELLER | No |
| 129.00 | 10/28/2015 | D | **REPLY**<br>TO PLAINTIFF'S OBJECTION TO REQUEST TO AMEND | No |
| 130.00 | 12/03/2015 | D | **CASEFLOW REQUEST (JD-CV-116)**<br>REGARDING 12/8/2015 TMC<br>*RESULT:* Order 12/4/2015 HON KENNETH POVODATOR | No |
| 130.01 | 12/04/2015 | C | **ORDER** 📝<br>*RESULT:* Order 12/4/2015 HON KENNETH POVODATOR | No |
| 131.00 | 12/08/2015 | P | **TRIAL MANAGEMENT REPORT** | No |
| 132.00 | 12/31/2015 | P | **MOTION FOR CONTINUANCE**<br>of Trial<br>*RESULT:* Order 1/5/2016 HON DONNA HELLER | No |
| 132.01 | 01/05/2016 | C | **ORDER** 📝<br>*RESULT:* Order 1/5/2016 HON DONNA HELLER<br>Watermark | No |
| 132.02 | 01/05/2016 | C | **ORDER** 📝<br>*RESULT:* Order 1/5/2016 HON DONNA HELLER | No |
| 133.00 | 01/28/2016 | C | **ORDER** 📝<br>*RESULT:* Order 1/28/2016 HON DOUGLAS MINTZ | No |
| 134.00 | 02/24/2016 | D | **MOTION FOR PROTECTIVE ORDER PB 13-5**<br>*RESULT:* Granted 3/7/2016 HON DAVID TOBIN | No |

| | | | | |
|---|---|---|---|---|
| 134.01 | 03/07/2016 | C | **ORDER** 📝<br>*RESULT:* Granted 3/7/2016 HON DAVID TOBIN | No |
| 135.00 | 03/07/2016 | P | **OBJECTION TO MOTION**<br>for Protective Order (#134.00)<br>*RESULT:* Order 3/7/2016 HON DAVID TOBIN | No |
| 135.01 | 03/07/2016 | C | **ORDER** 📝<br>*RESULT:* Order 3/7/2016 HON DAVID TOBIN | No |
| 136.00 | 03/11/2016 | D | **MOTION TO CITE ADDITIONAL PARTY**<br>*RESULT:* Granted 3/23/2016 HON KENNETH POVODATOR | No |
| 136.01 | 03/23/2016 | C | **ORDER** 📝<br>*RESULT:* Granted 3/23/2016 HON KENNETH POVODATOR | No |
| 137.00 | 03/11/2016 | D | **CASEFLOW REQUEST (JD-CV-116)** | No |
| 138.00 | 03/24/2016 | D | **AFFIDAVIT FEDERAL LOSS MITIGATION PROGRAMS (JD-CL-114)** | No |
| 139.00 | 03/24/2016 | D | **AFFIDAVIT FORECLOSURE BY MARKET SALE NOTICE (JD-CV-147)** | No |
| 140.00 | 03/24/2016 | D | **CROSS COMPLAINT** | No |
| 141.00 | 03/28/2016 | D | **AMENDED WRIT AND SUMMONS**<br>REVISED SUMMONS | No |
| 142.00 | 04/06/2016 | D | **RETURN OF SERVICE** | No |
| 143.00 | 05/18/2016 | D | **MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20**<br>*RESULT:* Order 5/26/2016 BY THE CLERK | No |
| 143.01 | 05/26/2016 | C | **ORDER** 📝<br>*RESULT:* Order 5/26/2016 BY THE CLERK | No |
| 144.00 | 05/18/2016 | D | **MOTION FOR DEFAULT-FAILURE TO PLEAD**<br>*RESULT:* Denied 5/26/2016 BY THE CLERK | No |
| 144.01 | 05/26/2016 | C | **ORDER** 📝<br>*RESULT:* Denied 5/26/2016 BY THE CLERK | No |
| 145.00 | 05/24/2016 | P | **ANSWER TO COUNTERCLAIM** | No |
| 146.00 | 05/31/2016 | D | **MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20**<br>*RESULT:* Granted 6/7/2016 BY THE CLERK | No |
| 146.01 | 06/07/2016 | C | **ORDER** 📝<br>*RESULT:* Granted 6/7/2016 BY THE CLERK | No |
| 147.00 | 06/08/2016 | D | **REPLY TO SPECIAL DEFENSE** | No |
| 148.00 | 06/08/2016 | D | **AMENDED WRIT AND SUMMONS**<br>AMENDED SUMMONS | No |
| 149.00 | 06/08/2016 | D | **WITHDRAWAL OF MOTION**<br>148.00 AMENDED SUMMONS | No |
| 150.00 | 06/08/2016 | D | **MOTION FOR DEFAULT-FAILURE TO PLEAD**<br>*RESULT:* Denied 6/22/2016 BY THE CLERK | No |
| 150.01 | 06/22/2016 | C | **ORDER** 📝<br>*RESULT:* Denied 6/22/2016 BY THE CLERK | No |
| 151.00 | 06/21/2016 | D | **ANSWER TO COUNTERCLAIM** | No |
| 152.00 | 06/27/2016 | D | **CERTIFICATE OF CLOSED PLEADINGS AND CLAIM FOR TRIAL LIST** | No |
| 153.00 | 07/26/2016 | P | **CASEFLOW REQUEST (JD-CV-116)**<br>that counsel be permitted to participate in Status Conf. by phone<br>*RESULT:* Order 7/27/2016 HON DOUGLAS MINTZ | No |
| 153.01 | 07/27/2016 | C | **ORDER** 📝<br>*RESULT:* Order 7/27/2016 HON DOUGLAS MINTZ | No |
| 154.00 | 10/17/2016 | D | **AFFIDAVIT OF COMPLIANCE WITH EMAP** | No |
| 155.00 | 10/31/2016 | P | **MOTION FOR CONTINUANCE**<br>of TMC and Jury Trial<br>*RESULT:* Order 11/1/2016 HON DOUGLAS MINTZ | No |

| | | | | |
|---|---|---|---|---|
| 155.01 | 11/01/2016 | C | **ORDER** 📝<br>*RESULT:* Order 11/1/2016 HON DOUGLAS MINTZ | No |
| 156.00 | 10/31/2016 | P | **EXHIBITS**<br>  in support of Motion for Continuance | No |
| 157.00 | 10/31/2016 | P | **EXHIBITS** | No |
| 158.00 | 11/14/2016 | D | **OATH OF APPRAISERS** | No |
| 159.00 | 11/14/2016 | D | **APPRAISAL** | No |
| 160.00 | 01/03/2017 | D | **CASEFLOW REQUEST (JD-CV-116)**<br>    *RESULT:* Order 1/4/2017 HON DOUGLAS MINTZ | No |
| 160.01 | 01/04/2017 | C | **ORDER** 📝<br>    *RESULT:* Order 1/4/2017 HON DOUGLAS MINTZ | No |
| 161.00 | 01/11/2017 | D | **DEMAND FOR DISCLOSURE OF DEFENSE PB 13-19**<br>  Re: Dr. Magdy A. Wahba | No |
| 162.00 | 01/19/2017 | D | **MOTION FOR CONTINUANCE**<br>  Re: Trial<br>    *RESULT:* Order 1/19/2017 HON CHARLES LEE | No |
| 162.01 | 01/19/2017 | C | **ORDER** 📝<br>    *RESULT:* Order 1/19/2017 HON CHARLES LEE | No |
| 163.00 | 01/23/2017 | D | **MOTION FOR DEFAULT FOR FAILURE TO DISCLOSE DEFENSE**<br>    *RESULT:* Granted 2/7/2017 HON CHARLES LEE | No |
| 163.01 | 02/07/2017 | C | **ORDER** 📝<br>    *RESULT:* Granted 2/7/2017 HON CHARLES LEE | No |
| 164.00 | 02/10/2017 | D | **REQUEST TO AMEND AND AMENDMENT**<br>  Re: Request for Leave to Amend Answer and Special Defenses<br>    *RESULT:* Off 3/13/2017 HON KENNETH POVODATOR<br>  **Last Updated:** Result Information - 03/15/2017 | No |
| 165.00 | 02/27/2017 | P | **OBJECTION TO REQUEST TO AMEND**<br>  (# 164.00)<br>    *RESULT:* Off 3/13/2017 HON KENNETH POVODATOR<br>  **Last Updated:** Result Information - 03/15/2017 | No |
| 166.00 | 03/03/2017 | D | **APPRAISAL** | No |
| 167.00 | 03/03/2017 | D | **OATH OF APPRAISERS** | No |
| 168.00 | 03/06/2017 | D | **APPRAISAL**<br>  Signed Appraisal | No |
| 169.00 | 03/08/2017 | D | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 170.00 | 03/08/2017 | D | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 171.00 | 03/08/2017 | D | **MOTION IN LIMINE**<br>  Re: Allegations Precluded by the Statute of Limitations | No |
| 172.00 | 03/08/2017 | D | **MEMORANDUM**<br>  Defendant/Counterclaim Plaintiff's Trial Memorandum | No |
| 173.00 | 03/08/2017 | D | **PROPOSED PRELIMINARY REQUESTS TO CHARGE** | No |
| 174.00 | 03/08/2017 | D | **PROPOSED VERDICT FORMS AND JURY INTERROGATORIES** | No |
| 175.00 | 03/08/2017 | P | **REQUEST TO AMEND COMPLAINT/AMENDMENT** | No |
| 176.00 | 03/08/2017 | P | **REQUEST TO AMEND AND AMENDMENT**<br>  Reply to Special Defenses | No |
| 177.00 | 03/13/2017 | P | **WITHDRAWAL OF OBJECTION**<br>  (# 165.00) | No |
| 178.00 | 03/13/2017 | D | **CASEFLOW REQUEST (JD-CV-116)**<br>    *RESULT:* Granted 3/13/2017 HON KENNETH POVODATOR | No |
| 178.01 | 03/13/2017 | C | **ORDER** 📝<br>    *RESULT:* Granted 3/13/2017 HON KENNETH POVODATOR | No |

| | | | | |
|---|---|---|---|---|
| 179.00 | 03/15/2017 | P | **WITHDRAWAL IN PART**<br>Request to Amend Complaint (#175) | No |
| 180.00 | 03/15/2017 | D | **MOTION IN LIMINE**<br>Re: Preclude Testimony Or Evidence Relating To Purported Activities Of Nonparty Defendant | No |
| 181.00 | 03/16/2017 | D | **MOTION IN LIMINE** | No |
| 182.00 | 03/16/2017 | P | **REQUEST TO AMEND COMPLAINT/AMENDMENT** | No |
| 183.00 | 03/17/2017 | D | **MOTION IN LIMINE** | No |
| 184.00 | 03/17/2017 | D | **EXHIBITS** | No |
| 185.00 | 03/17/2017 | D | **EXHIBITS** | No |
| 186.00 | 03/17/2017 | D | **EXHIBITS** | No |
| 187.00 | 03/17/2017 | D | **OBJECTION**<br>Response to Oral Motion in Limine as to post-2012 Activities | No |
| 188.00 | 03/17/2017 | P | **MEMORANDUM**<br>re Continuing Course of Conduct Doctrine applied to CUTPA | No |
| 189.00 | 03/17/2017 | P | **OBJECTION TO MOTION**<br>in Limine #180 | No |
| 190.00 | 03/17/2017 | P | **OBJECTION TO MOTION**<br>in Limine #183 | No |
| 191.00 | 03/17/2017 | P | **EXHIBITS** | No |
| 192.00 | 03/17/2017 | P | **EXHIBITS** | No |
| 193.00 | 03/21/2017 | P | **MEMORANDUM**<br>re Exhibit Offer | No |
| 194.00 | 03/21/2017 | P | **EXHIBITS**<br>(Ex 1) | No |
| 195.00 | 03/21/2017 | P | **EXHIBITS**<br>(Ex 2) | No |
| 196.00 | 03/21/2017 | P | **EXHIBITS**<br>(Ex 3) | No |
| 197.00 | 03/21/2017 | P | **EXHIBITS**<br>(Ex. 4) | No |
| 198.00 | 03/23/2017 | P | **REQUEST TO CHARGE** | No |
| 199.00 | 03/23/2017 | D | **PROPOSED PRELIMINARY REQUESTS TO CHARGE**<br>Proposed Revisions to Proposed Requests to Charge | No |
| 200.00 | 03/24/2017 | C | **INTERROGATORIES TO THE JURY** | No |
| 201.55 | 03/24/2017 | C | **VERDICT FOR DEFENDANT(S)**<br>*RESULT:* HON KENNETH POVODATOR | No |
| 201.56 | 03/24/2017 | C | **ORDER**<br>*RESULT:* Order 3/24/2017 HON KENNETH POVODATOR | No |
| 202.00 | 03/24/2017 | C | **EXHIBITS** | No |
| 203.00 | 10/03/2017 | D | **OATH OF APPRAISERS** | No |
| 204.00 | 10/03/2017 | D | **APPRAISAL** | No |
| 205.00 | 10/19/2017 | D | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 206.00 | 10/19/2017 | D | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 207.00 | 11/15/2017 | D | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES**<br>Supplemental Affidavit of Attorneys Fees | No |
| 208.00 | 01/03/2018 | D | **CASEFLOW REQUEST (JD-CV-116)**<br>*RESULT:* Granted 1/5/2018 HON KENNETH POVODATOR | No |
| 208.01 | 01/05/2018 | C | **ORDER**<br>*RESULT:* Granted 1/5/2018 HON KENNETH POVODATOR | No |
| 209.00 | 01/17/2018 | D | **CASEFLOW REQUEST (JD-CV-116)**<br>*RESULT:* Granted 1/17/2018 HON KENNETH POVODATOR | No |

| | | | | |
|---|---|---|---|---|
| 209.01 | 01/17/2018 | C | **ORDER** 📝<br>*RESULT:* Granted 1/17/2018 HON KENNETH POVODATOR | No |
| 210.00 | 01/26/2018 | D | **CASEFLOW REQUEST (JD-CV-116)**<br>*RESULT:* Granted 1/30/2018 HON KENNETH POVODATOR | No |
| 210.01 | 01/30/2018 | C | **ORDER** 📝<br>*RESULT:* Granted 1/30/2018 HON KENNETH POVODATOR | No |
| 211.00 | 01/30/2018 | D | **MEMORANDUM**<br>Defendant / Counterclaim Plaintiff's Post-Trial Memorandum | No |
| 212.00 | 01/31/2018 | D | **BRIEF**<br>Post-Trial Brief of Defendant | No |
| 213.00 | 02/02/2018 | D | **MOTION FOR ORDER**<br>Re: Joint Motion for Permission to File Reply Briefs<br>*RESULT:* Granted 2/2/2018 HON KENNETH POVODATOR | No |
| 213.01 | 02/02/2018 | C | **ORDER** 📝<br>*RESULT:* Granted 2/2/2018 HON KENNETH POVODATOR | No |
| 214.00 | 02/02/2018 | D | **CASEFLOW REQUEST (JD-CV-116)**<br>Re: Joint Motion for Permission | No |
| 215.00 | 02/28/2018 | D | **REPLY MEMORANDUM**<br>Re: Defendant/Counterclaim Plaintiff's Reply to Plaintiff/Counterclaim Defendant's Post Trial Brief | No |
| 216.00 | 03/01/2018 | D | **BRIEF**<br>Post-Trial Reply Brief of Plaintiff/Counterclaim-Defendants (Wahba) | No |
| 217.00 | 03/01/2018 | C | **TRIAL COMPLETED-DECISION RESERVED**<br>*RESULT:* HON KENNETH POVODATOR | No |
| 218.00 | 06/28/2018 | C | **MEMORANDUM OF DECISION** 📝<br>*RESULT:* Order 7/3/2018 HON KENNETH POVODATOR | No |
| 218.01 | 07/03/2018 | C | **ORDER** 📝<br>*RESULT:* Order 7/3/2018 HON KENNETH POVODATOR | No |
| 219.00 | 07/27/2018 | D | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES**<br>Supplement to Affidavit of Attorneys Fees date November 15, 2017 | No |
| 220.00 | 07/30/2018 | D | **NOTICE**<br>Notice of Filing Updated Documentation of Debt | No |
| 221.00 | 11/26/2018 | C | **SUPPLEMENTAL MEMORANDUM OF DECISION** | No |
| 221.01 | 11/26/2018 | C | **ORDER** 📝<br>*RESULT:* Order 11/26/2018 HON KENNETH POVODATOR | No |
| 221.02 | 11/26/2018 | C | **JUDGMENT OF STRICT FORECLOSURE**<br>*RESULT:* HON KENNETH POVODATOR | No |
| 222.00 | 12/04/2018 | D | **NOTICE**<br>NOTICE OF JUDGMENT | No |
| 223.00 | 12/17/2018 | P | **APPEAL TO APPELLATE COURT ALL FEES PAID** | No |
| 224.00 | 02/13/2019 | C | **ORDER** 📝 | No |
| 225.00 | 02/13/2019 | C | **ORDER** 📝 | No |
| 226.00 | 02/13/2019 | C | **ORDER** 📝 | No |
| 227.00 | 03/24/2017 | C | **EXHIBITS** | No |
| 228.00 | 07/23/2019 | P | **DRAFT JUDGMENT FILE**<br>*RESULT:* Rejected 8/1/2019 BY THE CLERK | No |
| 228.01 | 08/01/2019 | C | **ORDER** 📝<br>*RESULT:* Rejected 8/1/2019 BY THE CLERK | No |
| 229.00 | 08/02/2019 | P | **PROPOSED JUDGMENT FILE** | No |
| 230.00 | 08/02/2019 | C | **JUDGMENT FILE** | No |
| 231.00 | 10/20/2020 | C | **ORDER** 📝 | No |

| | | | | |
|---|---|---|---|---|
| 232.00 | 10/20/2020 | C | **APPELLATE COURT DECISION JUDGMENT/ORDER OF TRIAL COURT AFFIRMED**<br>*RESULT:* BY THE COURT | No |
| 233.00 | 11/16/2020 | C | **APPELLATE COURT MATERIAL**<br>Motion for Reconsideration (Corrected)<br>*RESULT:* Denied 12/1/2020 BY THE COURT | No |
| 233.01 | 12/01/2020 | C | [ORDER]<br>by the Appelate Court<br>*RESULT:* Denied 12/1/2020 BY THE COURT | No |
| 234.00 | 12/21/2020 | P | **PETITION FOR CERTIFICATION** | No |
| 234.01 | 12/22/2020 | C | **APPELLATE COURT MATERIAL**<br>Notice of Return on Petition | No |
| 235.00 | 01/05/2021 | P | **PETITION FOR CERTIFICATION**<br>*RESULT:* Denied 1/26/2021 BY THE COURT | No |
| 235.01 | 01/26/2021 | C | [ORDER]<br>from Appellate Court<br>*RESULT:* Denied 1/26/2021 BY THE COURT | No |
| 236.00 | 08/13/2021 | D | **MOTION FOR ORDER**<br>TO RESET LAW DAYS FOLLOWING APPEAL<br>*RESULT:* Granted 8/30/2021 HON KENNETH POVODATOR | No |
| 236.01 | 08/30/2021 | C | [ORDER]<br>*RESULT:* Granted 8/30/2021 HON KENNETH POVODATOR | No |
| 237.00 | 08/26/2021 | P | **OBJECTION TO MOTION**<br>to Motion for Order (236.00) | No |
| 238.00 | 09/17/2021 | P | **MOTION TO REARGUE/RECONSIDER**<br>pursuant to P.B. § 11-11<br>*RESULT:* Denied 9/17/2021 HON KENNETH POVODATOR | No |
| 238.01 | 09/17/2021 | C | [ORDER]<br>*RESULT:* Denied 9/17/2021 HON KENNETH POVODATOR | No |
| 239.00 | 10/07/2021 | C | **CASE RESET TO DISPOSITION STATUS** | No |
| 240.00 | 10/07/2021 | P | **APPEAL TO APPELLATE COURT ALL FEES PAID** | No |
| 241.00 | 11/17/2021 | C | **APPELLATE COURT MATERIAL**<br>objection to motion to terminate automatic stay | No |
| 242.00 | 11/17/2021 | C | **APPELLATE COURT MATERIAL** | No |
| 243.00 | 11/08/2021 | D | **MOTION FOR TERMINATION OF STAY OF EXECUTION** | No |
| 243.01 | 12/08/2021 | C | [MEMORANDUM OF DECISION ON MOTION]<br>Memo of Dec on Motion to terminate stay<br>*RESULT:* Order 12/8/2021 HON KENNETH POVODATOR | No |
| 244.00 | 12/20/2021 | P | **APPELLATE COURT MATERIAL**<br>appellate court | No |
| 245.00 | 01/25/2022 | C | **APPELLATE COURT MATERIAL**<br>appellate court | No |
| 246.00 | 10/25/2022 | C | [APPELLATE COURT DECISION ERROR - FURTHER PROCEEDINGS]<br>*RESULT:* BY THE COURT | No |
| 247.00 | 11/04/2022 | C | **APPELLATE COURT MATERIAL** | No |
| 248.00 | 12/13/2022 | C | [ORDER]<br>appellate court | No |
| 249.00 | 01/18/2023 | P | **PETITION FOR CERTIFICATION**<br>appellate court | No |
| 250.00 | 03/02/2023 | C | [ORDER]<br>supreme court 220258 | No |
| 251.00 | 03/20/2023 | C | **CASE RESET TO DISPOSITION STATUS** | No |
| 252.00 | 03/20/2023 | P | **APPEAL TO APPELLATE COURT ALL FEES PAID** | No |

| | | | | |
|---|---|---|---|---|
| 253.00 | 06/25/2024 | C | **SUPREME COURT DECISION ERROR - FURTHER PROCEEDINGS** 📝<br>*RESULT:* BY THE COURT | No |
| 254.00 | 07/11/2024 | D | **MOTION FOR JUDGMENT-STRICT FORECLOSURE**<br>*RESULT:* Order 9/30/2024 HON YAMINI MENON | Yes |
| 254.01 | 07/25/2024 | C | **ORDER** 📝<br>*RESULT:* Order 7/25/2024 BY THE CLERK | No |
| 254.02 | 09/30/2024 | C | **ORDER** 📝<br>*RESULT:* Order 9/30/2024 HON YAMINI MENON | No |
| 254.03 | 09/30/2024 | C | **ORDER** 📝<br>*RESULT:* Order 9/30/2024 HON YAMINI MENON | No |
| 255.00 | 07/16/2024 | D | **PRELIMINARY STATEMENT OF DEBT** | No |
| 256.00 | 07/16/2024 | D | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 257.00 | 07/16/2024 | D | **OATH OF APPRAISERS** | No |
| 258.00 | 07/16/2024 | D | **APPRAISAL**<br>Appraisal | No |
| 259.00 | 07/16/2024 | D | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 260.00 | 09/27/2024 | P | **OBJECTION TO MOTION**<br>for Judgment of strict foreclosure (254.00) | No |
| 261.00 | 10/09/2024 | D | **NOTICE**<br>Of Judgment of Foreclosure By Sale | No |
| 262.00 | 11/06/2024 | O | **APPRAISAL** !NEW<br>Appraisal and Oath of Appraiser | No |

| Scheduled Court Dates as of 11/13/2024 | | | | |
|---|---|---|---|---|
| FST-CV13-6019828-S - WAHBA, SUSANNE P. v. JPMORGAN CHASE BANK, N.A. | | | | |
| **#** | **Date** | **Time** | **Event Description** | **Status** |
| No Events Scheduled | | | | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information is displayed and is available for inquiry on this website for a period of time, one year to a maximum period of ten years, after the disposition date. To the extent that Connecticut Practice Book Sections 7-10 and 7-11 provide for a shorter period of time, this information will be displayed for the shorter period.

In accordance with the Federal Violence Against Women Act of 2005, cases involving relief from physical abuse (restraining orders), civil protection orders, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2024, State of Connecticut Judicial Branch

Page Created on 11/14/2024 at 2:04:40 PM

https://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=FSTCV136019828S　　10/11