| | |
|---|---|
| DOCKET NO: FSTCV136019828S | ORDER   444509<br>SUPERIOR COURT |
| WAHBA, SUSANNE P.<br>V.<br>JPMORGAN CHASE BANK, N.A. | JUDICIAL DISTRICT OF STAMFORD<br>  AT STAMFORD<br>9/30/2024 |

ORDER

ORDER REGARDING:
07/11/2024 254.00 MOTION FOR JUDGMENT-STRICT FORECLOSURE

The foregoing, having been considered by the Court, is hereby:

ORDER:

Judgment of Foreclosure by Sale
FSTCV136019828S WAHBA, SUSANNE P. V. JPMORGAN CHASE BANK, N.A.

Property Address 111 Byram Shore Rd Greenwich CT 06830
Date of Judgment:9/30/2024
Debt $7,585,591.32
Attorney Fees $202,848.56
Title Fee Awarded $225.00
Appraisal Fees Awarded $1500.00
Fair market value $8,500,000.00
Sale Date: 11/16/2024
Committee Appointed: John Ryan 5 Brook Street, Suite 2B, Darien, CT 06820
Independent Appraiser: Guy Rocco Atlasappraisalct@aol.com P.O.Box 832 Norwalk CT 06852
Standard Orders: Deposit not required if Plaintiff is the successful bidder. The Plaintiff may submit a bid via fax.
Plaintiff's Atty: BARCLAY DAMON LLP 545 LONG WHARF DRIVE 9TH FLOOR NEW HAVEN CT 06511
Terms of the Sale: 12:00 noon on the premises.
Date Return of Appraisal Due: 11/6/2024
Sign to be posted no earlier than: 10/17/2024
Sign to be posted no later than: 10/27/2024
Deposit Amount $850,000.00
No fees or expenses until: 10/2/2024
Date Notice Sent: 10/15/2024
Additional Orders: The Committee is ordered to upload pictures of the property on the Judicial website.

Copies sent to: MICHAEL J HABIB,WILLCUTTS & HABIB LLC, BARCLAY DAMON LLP, John Ryan (committee)
Guy Rocco (appraiser)

Judicial Notice (JDNO) was sent regarding this order.

444509

Judge: YAMINI MENON
Processed by: Amy Melashvili

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.