UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| SUSANNE P. WAHBA, | Case No. 24-50786 (JAM) |
| Debtor. | |

### UNITED STATES TRUSTEE'S MOTION TO EXPEDITE HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAINTAIN INSURANCE

William K. Harrington, United States Trustee for Region 2 ("United States Trustee"), though counsel, respectfully moves pursuant to Fed. R. Bankr. P. 9006(c)(1) for an expedited hearing on his motion to dismiss the case of chapter 11 debtor Susanne P. Wahba ("Debtor") for failure to maintain insurance ("Motion to Dismiss"). In support of the requested relief, the United States Trustee states as follows:

1. The Debtor filed a voluntary chapter 11 petition ("Petition") on November 14, 2024 ("Petition Date") along with Schedules A-J. *See* ECF 1. Attorney Michael Habib signed the Petition ("Counsel"). *Id.*

2. Also on November 14, 2024, the Debtor, through Counsel, filed her List of the 20 Largest Unsecured Creditors (Form B104), Statement of Financial Affairs, Chapter 11 Means Test, and other required documents. *See* ECF 1, 2, 5, and 6.

3. Today the United States Trustee filed the Motion to Dismiss the Debtor's case for failure to maintain insurance.

4.	As discussed in the Motion to Dismiss, the Debtor owns and resides at residential real estate known as 111 Byram Shore Road, Greenwich, Connecticut ("Residence"). *See* ECF 1 at Schedule A/B at question 1; *see* Petition at question 5. The Residence is described as a "6,828 sq. ft; 6 BR; 6 BATH; 2 STOR; 1.5 ACRE ON LONG ISLAND SOUND." *See* ECF 1 at Schedule A/B at question 1. The Residence is valued at $8.5 million. *Id.*

5.	As discussed in the Motion to Dismiss, the chapter 11 bankruptcy case was filed just two days prior the foreclosure sale of the Residence and this case was filed to stop the foreclosure sale.

6.	As discussed in the Motion to Dismiss, to date, the Debtor has failed to demonstrate any insurance for the Residence.

7.	The Debtor must maintain appropriate insurance coverage so that the assets of the bankruptcy estate are protected against loss. Failure to provide for such insurance coverage is cause for dismissal or conversion pursuant to 11 U.S.C. §1112(b)(4)(C).

8.	Pursuant to Rule 9006(c)(1), the Court may reduce, for cause shown, the time period for consideration of the Motion to Dismiss. Given the risk to the estate posed by the absence of insurance, the United States Trustee requests an expedited hearing on the Motion to Dismiss and seeks a hearing on November 26, 2024 or as soon as is practicable.

WHEREFORE, the United States Trustee respectfully requests that the Court schedule an expedited hearing on the Motion to Dismiss on November 26, 2024 or as soon as is practicable for the Court.

Dated: November 18, 2024
      New Haven, Connecticut

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By: /s/ Holley L. Claiborn
Holley L. Claiborn
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building, Room 302
150 Court Street
New Haven, CT 06510
Holley.L.Claiborn@usdoj.gov
(203) 773-2210
Federal Bar No.: ct17216 (Connecticut)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| **SUSANNE P. WAHBA,** | Case No. 24-50786 (JAM) |
| **Debtor.** | |

**ORDER SCHDULING EXPEDITED HEARING ON**
**UNITED STATES TRUSTEE'S MOTION TO DISMISS THE**
**DEBTOR'S CASE FOR FAILURE TO MAINTAIN APPROPRIATE INSURANCE**

On consideration of the United States Trustee's motion for an order pursuant to Fed. R. Bankr. Proc. 9006(c)(1) for an expedited hearing on his motion to dismiss the chapter 11 case of debtor Susanne P. Wahba ("Substantive Motion"), and for good cause shown, it is hereby

**ORDERED,** that the hearing on the Substantive Motion is scheduled for November ____, 2024 at _____ am/pm via _____ ; and it is further

**ORDERED**, that on or before November ____, 2024, the United States Trustee shall serve this order, the Substantive Motion and proposed dismissal order as follows: (i) via the Court's CM/ECF system on counsel for debtor Susanne P. Wahba and all appearing parties and (ii) via First Class U.S. Mail upon all creditors; and it is

**ORDERED** the United States Trustee shall file a certificate of service on or before November ____, 2024 which demonstrates compliance with this Order.

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| SUSANNE P. WAHBA, | Case No. 24-50786 (JAM) |
| Debtor. | |

## CERTIFICATE OF SERVICE

    The undersigned certifies that on November 18, 2024 the foregoing motion and proposed order was served via CM/ECF on counsel for the debtor as noted below:

    **Michael J. Habib**   *mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email*

Dated: November 18, 2024         Respectfully submitted,
      New Haven, Connecticut

                                    WILLIAM K. HARRINGTON
                                    UNITED STATES TRUSTEE FOR REGION 2

                     By:    /s/ Holley L. Claiborn
                            Holley L. Claiborn
                            Trial Attorney
                            Office of the United States Trustee
                            Giaimo Federal Building, Room 302
                            150 Court Street
                            New Haven, CT 06510
                            Holley.L.Claiborn@usdoj.gov
                            (203) 773-2210
                            Federal Bar No.: ct17216 (Connecticut)