Connecticut Local Form 420B (Notice of Objection to Claim)                                                03/2023

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:

| SUSANNE P. WAHBA |
|---|

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor(s)

Case No. : 24-50786

Chapter: 11

## NOTICE OF OBJECTION TO CLAIM

| Claim No: | Claimant: |
|---|---|
| 1-1 | CACH. LLC |

SUSANNE P. WAHBA, Debtor-in-Possession, by her attorney, Michael J. Habib, Esq. has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

[**Note to Objecting Party**: You must choose a response date that is at least thirty (30) days after the date the Objection to Claim is filed, unless otherwise ordered.]

If you do not want the Court to eliminate or change your claim, then on or before

**December 19, 2024**

you or your lawyer must file with the Court a written response to the objection, explaining your position.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. Your response should be mailed to:

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard, Bridgeport CT 06604

Connecticut Local Form 420B (Notice of Objection to Claim)                                          03/2023

In re:

| SUSANNE P. WAHBA |
|---|

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor(s)

Case No. : | 24-50786 |

Chapter: | 11 |

A copy of your response should also be mailed to:

| SUSANNE P. WAHBA, 111 Byram Shore Road, Greenwich, CT 06830 |
| Michael J. Habib, Esq., Willcutts & Habib LLC, 100 Pearl St. Fl. 14, Hartford, CT 06103-4500 |

(Objector and Objector's attorney, if applicable, name and address)

| |

(Names and addresses of others to be served)

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: | November 19, 2024 |

Signature: | *[signature]* |

Name: | Michael J. Habib, Esq. |

Address: | Willcutts & Habib, LLC |
| 100 Pearl St. Fl. 14 |
| Hartford, CT 06103-4500 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                              Case No.: 24-50786

    **SUSANNE P. WAHBA**                      Chapter: 11

                             Debtor.            ECF No. 15

_____/

## OBJECTION TO PROOF OF CLAIM 1-1

    **COMES NOW**, **SUSANNE P. WAHBA**, Debtor-in-Possession, and Hereby Respectfully **OBJECTS** to *Proof of Claim* # 1-1 filed by **RESURGENT CAPITAL SERVICES** on behalf of purported creditor **CACH, LLC**, pursuant to *Fed. R. Bankr. P.* 3007.

    In support hereof, the Debtor-in-Possession Respectfully Represents as follows:

### JURISDICTION

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a 'core proceeding' under 28 U.S.C. § 157(b)(2)(B).

3. The Debtor resides in the Town of Greenwich, Fairfield County, Connecticut, and the Debtor does not constitute a "single asset real estate" as that term is defined in 11 U.S.C. § 101.

4.    Venue of the Debtor's Chapter 11 case and this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 & 1409.

5.    The statutory basis and predicate for this *Objection to Proof of Claim* is: 11 U.S.C. §§ 501 & 502, *Federal Rules of Bankruptcy Procedure* 3001, 3002, and 3007, and *Connecticut General Statutes* §§ 36a-814 and 52-576.

### BASIS FOR OBJECTION

6.    The Debtor commenced this action by the filing of a Chapter 11 petition on November 14, 2024.

7.    "**RESURGENT CAPITAL SERVICES**" on behalf of purported creditor **CACH, LLC** filed a *Proof of Claim* (Claim No. 1-1) on November 19, 2024, in the amount of $29,124.29, for a credit card debt.

8.    According to the documentation included with the *Proof of Claim*, the "Last Payment Date" on the account is March 31, 2010 and the "Charge-Off Date" is November 30, 2010.

9.    The "Last Payment Date" is 14 years, 7 months, 2 weeks and 5 days (5,347 days) prior to the date that the *Proof of Claim* was filed.

10.    Pursuant to *Conn. Gen. Stat.* § 52-576(a),

> **No action for an account, or on any simple or implied contract, or on any contract in writing, shall be brought but within six years after the right of action accrues…**

11.    Because more than six years have elapsed since a cause of action accrued to

collect on the credit card account, under Connecticut law, the debt is no longer collectible.

**WHEREFORE**, for the foregoing reasons, the Debtor-in-Possession **SUSANNE P. WAHBA**, Hereby Respectfully **OBJECTS** to the *Proof of Claim* of **CACH, LLC** (Claim No. 1-1), and the Debtor-in-Possession Respectfully Prays this Honorable Court **SUSTAIN** this *Objection* thereto and **STRIKE** *Proof of Claim* No. 1-1 of **CACH, LLC**.

**DATED AT <u>NEW HAVEN</u> THIS <u>19th</u> DAY OF <u>NOVEMBER</u>, 20<u>24</u>.**

**RESPECTFULLY SUBMITTED,**
**THE DEBTOR-IN-POSSESSION,**
**SUSANNE P. WAHBA,**
**BY HER ATTORNEY,**

**MICHAEL J. HABIB, ESQ.** (CT29412)
Willcutts & Habib, LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
E-Mail: Mike@InzitariLawOffice.com

# United States Bankruptcy Court

## District of Connecticut



In re: **SUSANNE P. WAHBA**

    Debtor-in-Possession*

Case Number: 24-50786
Chapter: 11

**PROPOSED**

**ORDER ON OBJECTION TO PROOF OF CLAIM 1-1**

    The Objection to the Proof of Claim of CACH, LLC, Claim number 1-1, filed pursuant to *Fed. R. Bankr. P.* 3007 dated November 19, 2024 (the "Objection to Claim", ECF No. 15), having come before the Court after notice and a hearing, *see 11 U.S.C. § 102(1),* and the Court having considered the Objection to Claim and any response filed to the Objection to Claim, it appearing that cause exists to sustain the Objection to Claim; it is hereby

    **ORDERED:** The Proof of Claim of CACH LLC, Claim No. 1-1, in the amount of $29,124.29 is **DISALLOWED**.

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                                    Case No.: 24-50786

    **SUSANNE P. WAHBA**                          Chapter: 11

                               Debtor.                 ECF No. 15

_____/

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the *Federal Rules of Bankruptcy Procedure*, the Undersigned certifies that on the **19TH** day of **November**, **2024**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, and via USPS First-Class Mail on the parties listed in section 2 below:

1. **Documents Served:**

    1. Local Form 420B – *Notice of Objection to Claim*;
    2. Debtor-in-Possession's *Objection to Claim*;
    3. *Proposed Order*; and,
    4. *Certificate of Service*

2. **Parties Served via First Class Mail:**

    RESURGENT CAPITAL SERVICES
    ATTN: DAVID LAMB, CLAIMS PROCESSOR
    PO BOX 10587
    GREENVILLE, SC 29603-0587

    SUSANNE P. WAHBA
    111 BYRAM SHORE ROAD
    GREENWICH, CT 06830

- 2 -

**Dated at <u>NEW HAVEN, CONNECTICUT</u> this <u>19TH</u> day of <u>NOVEMBER</u>, <u>2024</u>.**

**MICHAEL J. HABIB, ESQ.** (CT29412