# United States Bankruptcy Court
# District of Connecticut



In re:

    Susanne P. Wahba

Case Number: 24-50786

Chapter: 11

    Debtor*

## ORDER GRANTING MOTION TO EXPEDITE HEARING

William K. Harrington, United States Trustee for Region 2 (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion to Expedite", ECF No. 14), in connection with a Motion to Dismiss Case for Failure to Maintain Appropriate Insurance (the "Motion to Dismiss Case", ECF No. 13), it appearing that the relief in the Motion to Expedite should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion to Dismiss Case will be held on November 26, 2024, at 10:30 AM, at the United States Bankruptcy Court 915 Lafayette Blvd. Bridgeport CT 06604; and it is further

**ORDERED:** Service of the Order Granting the Motion to Expedite Hearing and the Motion to Dismiss Case must be made on all parties entitled to notice under applicable statutes and/or rules **on or before** November 20, 2024 by 4:00 PM; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing have been complied with must be filed **on or before** November 21, 2024 by 4:00 PM.

Dated:   November 19, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

\* For the purposes of this order, "Debtor" means "Debtors" where applicable.