**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| **SUSANNE P. WAHBA,** | Case No. 24-50786 (JAM) |
| **Debtor.** | |

_____

**CERTIFICATE OF SERVICE**

The undersigned certifies that the following documents were served by first class U.S. mail on the parties listed in section 2 below on the date listed below:

1. **Documents Served**

   a. United States Trustee's Motion To Dismiss For Failure to Maintain Insurance and proposed Order on same (ECF 13) ("Motion"); and
   b. Notice of Expedited Hearing on Motion (ECF 16).

2. **Parties Served by CM/ECF on November 18, 2024 (ECF 13) and November 19, 2024 (ECF 16):**

   **Counsel for the debtor: Michael J. Habib**    mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

3. **Parties Served Via First Class U.S. Mail on November 20, 2024:**

   Susanne P. Wahba (Debtor)
   111 Byram Shore Road
   Greenwich, CT 06830

   *and* parties on the *attached matrix*.

Dated:  New Haven, Connecticut               Respectfully submitted,
        November 20, 2024                    WILLIAM K. HARRINGTON
                                             UNITED STATES TRUSTEE FOR REGION 2

                                    By:    /s/ Holley L. Claiborn
                                           Holley L. Claiborn
                                           Trial Attorney
                                           Office of the United States Trustee
                                           Giaimo Federal Building, Room 302
                                           150 Court Street
                                           New Haven, CT 06510
                                           Holley.L.Claiborn@usdoj.gov
                                           Federal Bar No.: ct17216 (Connecticut)
                                           (203) 773-2210