```
Label Matrix for local noticing              Abraham M Hoffmann
0205-5                                        4154 Madison Ave.
Case 24-50786                                 Trumbull, CT 06611-3574
District of Connecticut
Bridgeport
Tue Nov 19 08:10:24 EST 2024

American Express National Bank    BARCLAY DAMON LLP                (p)JPMORGAN CHASE BANK  N A
Attn: Manager, Bankruptcy Dept.   ATTN: BRIAN RICH, ESQ.           BANKRUPTCY MAIL INTAKE TEAM
115 W Towne Ridge Pkwy            545 LONG WHARF DR 9TH FL         700 KANSAS LANE FLOOR 01
Sandy, UT 84070-5511              New Haven, CT 06511-5960         MONROE LA 71203-4774

(p)CONNECTICUT DEPARTMENT OF REVENUE SERVICES   Internal Revenue Service        Law Offices Howard Lee Schiff, PC
ATTN COLLECTIONS UNIT - BANKRUPTCY TEAM          Centralized Insolvency Operation  510 Tolland St.
450 COLUMBUS BLVD STE 1                          PO Box 7346                       East Hartford, CT 06108-2523
HARTFORD CT 06103-1837                           Philadelphia, PA 19101-7346

Marino, Zabel & Schellenberg, PLLC   Midland Credit Management, Inc.   Susanne P. Wahba
Attn: Dennis J. Kokenos, Esq.        Attn: Manager, Bankruptcy Dept.   111 Byram Shore Road
657 Orange Center Rd                 350 Camino De La Reina Ste. 100   Greenwich, CT 06830-6907
Orange, CT 06477-2400                San Diego, CA 92108-3007

Town of Greenwich                                                      U.S. Securities and Exchange Commission
Attn: Heather Smeriglio, Tax Collector                                 100 F St. NE
101 Field Point Road                                                   Washington, DC 20549-2000
Greenwich, CT 06830-6488
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CHASE HOME LENDING              Department of Revenue Services
ATTN: BANKRUPTCY DEPT.          Attn: Manager, Bankruptcy Unit
700 Kansas Ln                   450 Columbus Blvd Ste 1
Monroe, LA 71203                Hartford, CT 06103-1837
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Susanne P. Wahba             End of Label Matrix
111 Byram Shore Rd.             Mailable recipients   15
Greenwich, CT 06830-6907        Bypassed recipients    1
                                Total                 16
```