United States Bankruptcy Court
District of Connecticut

In re:  Case No. 24-50786-jam
Susanne P. Wahba  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 2
Date Rcvd: Nov 18, 2024      Form ID: 112appxm      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Susanne P. Wahba, 111 Byram Shore Rd., Greenwich, CT 06830-6907 |
| 9530998 | + | Abraham M Hoffmann, 4154 Madison Ave., Trumbull, CT 06611-3574 |
| 9531000 | + | BARCLAY DAMON LLP, ATTN: BRIAN RICH, ESQ., 545 LONG WHARF DR 9TH FL, New Haven, CT 06511-5960 |
| 9531004 | + | Law Offices Howard Lee Schiff, PC, 510 Tolland St., East Hartford, CT 06108-2523 |
| 9531005 | + | Marino, Zabel & Schellenberg, PLLC, Attn: Dennis J. Kokenos, Esq., 657 Orange Center Rd, Orange, CT 06477-2400 |
| 9531008 | + | Town of Greenwich, Attn: Heather Smeriglio, Tax Collector, 101 Field Point Road, Greenwich, CT 06830-6488 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9530999 | + | Email/PDF: bncnotices@becket-lee.com | Nov 18 2024 18:40:49 | American Express National Bank, Attn: Manager, Bankruptcy Dept., 115 W Towne Ridge Pkwy, Sandy, UT 84070-5511 |
| 9531002 | | Email/Text: DRS.Bankruptcy@ct.gov | Nov 18 2024 18:30:00 | Department of Revenue Services, Attn: Manager, Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9531003 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2024 18:30:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9531001 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2024 18:41:34 | CHASE HOME LENDING, ATTN: BANKRUPTCY DEPT., 700 Kansas Ln, Monroe, LA 71203 |
| 9531006 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2024 18:30:00 | Midland Credit Management, Inc., Attn: Manager, Bankruptcy Dept., 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9531009 | | Email/Text: secbankruptcy@sec.gov | Nov 18 2024 18:30:00 | U.S. Securities and Exchange Commission, 100 F St. NE, Washington, DC 20549-2000 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9531007 | * | Susanne P. Wahba, 111 Byram Shore Road, Greenwich, CT 06830-6907 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 18, 2024 | Form ID: 112appxm | Total Noticed: 12 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 20, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

**Name** **Email Address**

Michael J. Habib
on behalf of Debtor Susanne P. Wahba mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 2

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
November 18, 2024

In re:
    Susanne P. Wahba
    Debtor*

Case Number: 24−50786
Chapter: 11

### NOTICE OF HEARING ON APPENDIX N MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014−1(n), a hearing will be held on **December 10, 2024** at **10:00 AM** at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** to consider and act upon the following matter(s):

    Application to Employ Michael J. Habib, Esq. as Debtor's Counsel, ECF No. 11, Filed by Michael J. Habib on behalf of Susanne P. Wahba, Debtor. (the "Movant(s)") (the "Matter")

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **December 3, 2024** and the Movant(s) shall file any Reply on or before **December 6, 2024.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

Dated: November 18, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − lw