United States Bankruptcy Court
District of Connecticut

In re:  Case No. 24-50786-jam
Susanne P. Wahba  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 20, 2024 | Form ID: 145 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Susanne P. Wahba, 111 Byram Shore Rd., Greenwich, CT 06830-6907 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Michael J. Habib | on behalf of Debtor Susanne P. Wahba mike@inzitarilawoffice.com   mike.inzitarilawoffice.com@recap.email |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
November 20, 2024

In re:
    Susanne P. Wahba
    Debtor*

Case Number: 24−50786
Chapter: 11

### DEFICIENCY NOTICE REGARDING AMENDED SCHEDULES AND/OR STATEMENTS

The amendment to schedule(s) and/or statement(s) filed on November 19, 2024 is deficient and will not be processed for the following reason(s):

- **Declaration About an Individual Debtor's Schedules (Official Form 106Dec) is missing.**

Please correct and refile the amendment as a **"Corrected Amendment"** with the clerk's office within seven (7) days from the date of this notice. The amendment will not be processed if this deficiency is not cured. The amendment may be disallowed and/or stricken from the record.

**Note:** Moving parties without an attorney have an additional three (3) days to correct and submit a "Corrected Amendment" in compliance with the Federal Rules of Bankruptcy Procedure and this Court's Local Rules.

To electronically refile the amendment, please use event "Corrected Amendment" under the miscellaneous category.

Dated: November 20, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 145 − sr

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.