# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 24-50786 |
| **SUSANNE P. WAHBA** | Chapter: 11 |
| Debtor-in-Possession. | ECF No. 23 |
| _____/ | |

### OBJECTION TO US TRUSTEE'S MOTION TO DISMISS (ECF # 13)

**COMES NOW**, the Debtor and Debtor-in-Possession, **SUSANNE P. WAHBA**, as Debtor-in-Possession, and hereby Respectfully **OBJECTS** to the US Trustee's *Motion to Dismiss* the instant matter for failure to maintain insurance.

In support hereof, the Debtor respectfully represents as follows:

1. The Debtor filed a filed a voluntary petition under Chapter 11 of the *Bankruptcy Code* on Thursday, November 14, 2024, and continues in possession of its estate as debtor-in-possession.

2. Also on November 18, 2024, the U.S. Trustee's office requested that the Debtor provide proof of insurance coverage, by November 19, 2024, for the Debtor's real property located at 111 Byram Shore Road in Greenwich, Connecticut.

3. At that time, the Debtor erroneously believed that the only insurance coverage on the property was force-placed/lender-placed insurance purchased by the mortgagee, JP Morgan Chase Bank, and that belief was relayed to the U.S. Trustee's Office.

- 1 -

4. On or about November 18, 2024, the U.S. Trustee filed a *Motion to Dismiss* the instant bankruptcy (ECF # 13) due to the Debtor's failure to provide the U.S. Trustee's office with proof of property insurance on the Debtor's real property at 111 Byram Shore Road in Greenwich, Connecticut.

5. Upon the U.S. Trustee's *Motion to Expedite Hearing* of even date (ECF # 14), which was granted by this Honorable Court (ECF # 16) the following day, November 19, 2024, the hearing on the U.S. Trustee's *Motion to Dismiss* is scheduled for November 26, 2024.

6. Since November 19, 2024, the Debtor began and continued to actively shop for and quote insurance coverage for the Debtor's real property, such that the Debtor intended to either have insurance coverage in-place, or at least have the ability to represent to this Honorable Court at the hearing on the *Motion to Dismiss* that insurance would be in-place within a reasonable time thereafter.

7. Due to the Debtor's advanced age (the Debtor is 80 years old) and related difficulties with hearing and memory, the Debtor often relies upon her husband and adult children for basic administrative tasks.

8. In the late-evening of November 25, 2024, the evening before the hearing scheduled for the U.S. Trustee's *Motion to Dismiss*, the Undersigned learned that the Debtor's non-filing spouse has been maintaining insurance coverage on the Debtor's real property.

9. As a result, the Debtor does in-fact have insurance coverage on the real property, which lists the Debtor as the named-insured, issued by Great

Northern Insurance Company of Indiana, which includes property coverage of $11,847,000 for the main house on the property, property coverage of $2,369,400 for the other permanent structure (a "cottage") at the same address, coverage of $4,746,000 for contents of the house, and $5,000.000 liability coverage.

10. Filed concurrently with the instant *Objection* to the U.S. Trustee's *Motion to Dismiss*, is a copy of the Debtor's *Insurance Coverage Summary*, evidencing that Great Northern Insurance Company has issued Policy No. 11109738-04 to the Debtor, with an effective policy period on 3/13/2024 to 3/13/2025.

**WHEREFORE**, for the foregoing reasons, the Debtor **SUSANNE P. WAHBA**, Respectfully **OBJECTS** to the U.S. Trustee's *Motion to Dismiss* (ECF # 13), and Respectfully Requests that this Honorable Court **DENY** the same and **SUSTAIN** the instant *Objection* thereto.

                                            **RESPECTFULLY SUBMITTED,**
                                            **SUSANNE P. WAHBA,**
                                            **DEBTOR-IN-POSSESSION,**

By:    /S/ Michael J. Habib, Esq.
       **MICHAEL J. HABIB, ESQ.** (ct29412)
       Willcutts & Habib LLC
       100 Pearl St., Fl. 14
       Hartford, CT 06103-4500
       Tel: (860) 249-7071
       Fax: (860) 863-4625
       e-mail: Mike@InzitariLawOffice.com