

# Masterpiece®

**Coverage Summary Renewal**

## CHUBB

**Name and address of Insured**

SUSANNE P. WAHBA
111 BYRAM SHORE ROAD
GREENWICH, CT 06830

Page 1
**Effective date** 3/13/24
**Policy no.** 11109738-04
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 3/13/24 to 3/13/25

If you have any questions, please contact
TOOHER-FERRARIS AGENCY INC
43 DANBURY ROAD
WILTON, CT 06897
203.834.5900

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

## Homes and Contents

Your policy provides coverage against physical loss if your home or its contents are damaged, destroyed, or lost. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

| Address | Dwelling | Contents |
|---|---|---|
| HOUSE AT 111 BYRAM SHORE ROAD GREENWICH, CT | $11,847,000 DELUXE COVERAGE EXTENDED REPLACEMENT COST | $4,746,000 DELUXE COVERAGE REPLACEMENT COST |

Your homeowners premium was reduced by $34 based upon your chosen contents limit for your residence at 111 BYRAM SHORE ROAD, GREENWICH, CT.

For the following location(s), the base deductible(s) shown in the chart below apply(ies) to each occurrence. For covered losses that are greater than the amount shown in the chart below, the base deductible will be waived. If a loss is subject to a special deductible(s), as described in this Coverage Summary or in the policy, the special deductible(s) will apply in lieu of the base deductible, and will not be waived.

For Connecticut locations, special deductibles only include the construction deductible, water backup deductible, vacant house deductible, wind or hail (hurricane) deductible and earthquake deductible.

| For your location(s) | Base deductible | Base deductible Waived for losses greater than: |
|---|---|---|
| HOUSE AT 111 BYRAM SHORE ROAD GREENWICH, CT | $50,000 | $50,000 |

### Additional coverages or conditions

© Chubb.2016. All rights reserved.    Form no.  Q0802000

*Reference Copy*

Page  2
**Effective date** 3/13/24
**Policy no.** 11109738-04
**Name** SUSANNE P. WAHBA

## Homes and Contents
(Continued)

**Wind or hail (hurricane) deductible**
In lieu of the base deductible, a special  2% wind or hail (hurricane) deductible applies to your house, contents and extra coverages at
111 BYRAM SHORE ROAD, GREENWICH, CT
for each occurrence caused by, contributed to, made worse by, or in any way resulting from wind or hail from a hurricane, declared by the National Weather Service which:
- begins at the time the National Weather Service issues a hurricane warning for any part of the state of Connecticut; and
- ends the earlier of 24 hours after termination of the last hurricane warning issued for any part of the state of Connecticut by the National Weather Service or 24 hours after the hurricane is downgraded from a hurricane for any part of the state of Connecticut by the National Weather Service.

The dollar amount of this special wind or hail (hurricane) deductible is equal to 2% of the amount of coverage for the house at this location as shown in the Coverage Summary at the time of a covered loss. Therefore, the dollar amount of the wind or hail (hurricane) deductible for this location is  $236,940 . If your house coverage amount is increased because of extended replacement cost, the deductible will be applied to the increased amount.

However, if any other special deductible applies and the dollar amount of that special deductible is greater than the dollar amount of the special wind or hail (hurricane) deductible, the greater special deductible applies. If the dollar amount of the base deductible is greater than the dollar amount of the applicable special deductible, the dollar amount of that special deductible is increased to the dollar amount of the base deductible.

A hurricane deductible is only allowed to be imposed with respect to losses due to a hurricane occurring anywhere in the State of Connecticut as reported by the National Weather Service of which the National Hurricane Center is a part, or its successor when such hurricane results in maximum sustained surface winds of 74 miles per hour or more anywhere in the State of Connecticut.

**Construction deductible** *(house)*
The dollar amount of your special construction deductible is equal to  5% of the amount of coverage for your house, as shown in the Coverage Summary at the time of a covered loss. Therefore:
- For your location at 111 BYRAM SHORE ROAD, GREENWICH, CT, the dollar amount of the special construction deductible equals $592,350.

**Vacant house deductible** *(applicable only to Deluxe house)*
The dollar amount of your special vacant house deductible is equal to  5% of the amount of coverage for your house, as shown in the Coverage Summary at the time of a covered loss. Therefore:
- For your location at 111 BYRAM SHORE ROAD, GREENWICH, CT, the dollar amount of the special vacant house deductible equals $592,350.

© Chubb.2016.  All rights reserved.     Form no.  Q0802000

*Reference Copy*



Page 3
**Effective date** 3/13/24
**Policy no.** 11109738-04
**Name** SUSANNE P. WAHBA

## Homes and Contents
(Continued)

**Important notice regarding mold remediation expenses**
You have the standard $10,000 mold remediation expense coverage as described in your policy for the residence at 111 BYRAM SHORE ROAD, GREENWICH, CT. To increase the amount of coverage for mold remediation expenses, you must contact your agent or broker shown at the top of this Coverage Summary prior to the effective date of this renewal. The request will be subject to underwriting acceptance.

**Other permanent structures**
You have up to $2,369,400 of Other permanent structures coverage for your residence at 111 BYRAM SHORE ROAD, GREENWICH, CT.

## Liability

Amount of liability coverage: **$5,000,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

| Home | HOUSE AT<br>111 BYRAM SHORE ROAD<br>GREENWICH, CT | PERSONAL LIABILITY |
|---|---|---|

As the duly authorized representative of the company my signature validates this policy.

Paul N. Morrissette
Authorized representative

© Chubb.2016. All rights reserved.    Form no. Q0802000

Reference Copy

# Masterpiece®


**Additional Interests Summary**

**Name and address of Insured**

SUSANNE P. WAHBA
111 BYRAM SHORE ROAD
GREENWICH, CT 06830

Page 1
**Effective date** 3/13/24
**Policy no.** 11109738-04
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 3/13/24 to 3/13/25

**If you have any questions, please contact**
TOOHER-FERRARIS AGENCY INC
43 DANBURY ROAD
WILTON, CT 06897
203.834.5900

This summary lists the Additional Interests you have requested to be shown on your policy. We notify each Additional Interest separately. Regardless of the number of Additional Interests shown on your policy, the amount of coverage for any one occurrence does not increase.

## Mortgagee

This section shows the Mortgagee(s) for your home(s) shown below.

| Address | Mortgagee |
|---|---|
| HOUSE AT<br>111 BYRAM SHORE<br>ROAD<br>GREENWICH, CT | JP MORGAN CHASE BANK NA<br>ISAOA<br>PO BOX 1156<br>SPRINGFIELD, OH 45501<br><br>Loan Number ▮▮▮▮5841 |

© Chubb.2016. All rights reserved.   Form no. Q6010000

*Reference Copy*