## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

In re:                                                                                          Case No.: 24-50786

**SUSANNE P. WAHBA**                                                         Chapter: 11

                                    Debtor.                                              ECF No. 23
_____/

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the *Federal Rules of Bankruptcy Procedure*, the undersigned certifies that on the **26th** day of **November**, **2024**, the foregoing document was served on the U.S. Trustee and all appearing parties via the court's CM/ECF electronic filing system.

**Dated at New Haven this 26th day of November, 2024.**

                                              By: ___/S/ Michael J. Habib, Esq._____
                                                  **MICHAEL J. HABIB, ESQ.** (ct29412)
                                                  Willcutts & Habib LLC
                                                  100 Pearl St., Fl. 14
                                                  Hartford, CT 06103-4500
                                                  Tel: (860) 249-7071
                                                  Fax: (860) 863-4625
                                                  e-mail: Mike@InzitariLawOffice.com