UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| SUSANNE P. WAHBA, | CASE NO. 24-50786 |
| Debtor. | November 26, 2024 |

## APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for JPMorgan Chase Bank, National Association, a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above- captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the Debtor.

Dated: November 26, 2024     By:  */s/ Linda St. Pierre*
                                   Linda St. Pierre, Esq.
                                   McCalla Raymer Leibert Pierce, LLC
                                   50 Weston Street
                                   Hartford, CT 06120
                                   (860) 808-0606
                                   Federal Bar No. CT22287

NOA

CERTIFICATION

      I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this twenty-sixth day of November, 2024 to:

Susanne P. Wahba
111 Byram Shore Rd.
Greenwich, CT 06830-6907
(Debtor)

Michael J. Habib
100 Pearl St.
Hartford, CT
(Debtor's Attorney)

U. S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated:  November 26, 2024      By:  */s/ Linda St. Pierre*
                                                  Linda St. Pierre, Esq.
                                                  McCalla Raymer Leibert Pierce, LLC
                                                  50 Weston Street
                                                  Hartford, CT 06120
                                                  (860) 808-0606
                                                  Federal Bar No. CT22287