**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| SUSANNE P. WAHBA, | Case No. 24-50786 (JAM) |
| Debtor | Re: ECF No. 13 |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S**
**MOTION TO DISMISS THE DEBTOR'S CASE**

The United States Trustee filed a Motion to Dismiss the case of Susanne P. Wahba (the "Debtor") for failure to maintain appropriate insurance as required by 11 U.S.C. § 1112(b)(4)(C) (the 'Motion', ECF No. 13). A hearing on the Motion was held on November 26, 2024, and continued to December 10, 2024. For the reasons stated on the record during the hearings, and because the Debtor failed to comply with the Court's oral order during the continued hearing requiring the Debtor's counsel, on or before 5:00 p.m. on December 11, 2024, to file on the docket evidence that a debtor-in-possession account has been opened and that a balance of not less than $5,000.00 exists in the account (ECF No. 32), cause exists to dismiss the Debtor's case pursuant to 11 U.S.C. §§ 1112(b)(4)(C) and 1112(b)(4)(E). Therefore, it is hereby

ORDERED: The Motion is GRANTED and the Debtor's case is dismissed.

Dated at Bridgeport, Connecticut this 12th day of December, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut