United States Bankruptcy Court
District of Connecticut

In re:  
Susanne P. Wahba  
    Debtor

Case No. 24-50786-jam  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 2  
Date Rcvd: Dec 12, 2024      Form ID: pdfdoc1      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Susanne P. Wahba, 111 Byram Shore Rd., Greenwich, CT 06830-6907 |
| 9530998 | + | Abraham M Hoffmann, 4154 Madison Ave., Trumbull, CT 06611-3574 |
| 9531000 | + | BARCLAY DAMON LLP, ATTN: BRIAN RICH, ESQ., 545 LONG WHARF DR 9TH FL, New Haven, CT 06511-5960 |
| 9531004 | + | Law Offices Howard Lee Schiff, PC, 510 Tolland St., East Hartford, CT 06108-2523 |
| 9531005 | + | Marino, Zabel & Schellenberg, PLLC, Attn: Dennis J. Kokenos, Esq., 657 Orange Center Rd, Orange, CT 06477-2400 |
| 9531008 | + | Town of Greenwich, Attn: Heather Smeriglio, Tax Collector, 101 Field Point Road, Greenwich, CT 06830-6488 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9530999 | + | Email/PDF: bncnotices@becket-lee.com | Dec 12 2024 18:43:09 | American Express National Bank, Attn: Manager, Bankruptcy Dept., 115 W Towne Ridge Pkwy, Sandy, UT 84070-5511 |
| 9531670 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 18:41:00 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9531002 | | Email/Text: DRS.Bankruptcy@ct.gov | Dec 12 2024 18:35:00 | Department of Revenue Services, Attn: Manager, Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9531003 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 12 2024 18:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9531001 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 12 2024 18:42:06 | CHASE HOME LENDING, ATTN: BANKRUPTCY DEPT., 700 Kansas Ln, Monroe, LA 71203 |
| 9531006 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2024 18:35:00 | Midland Credit Management, Inc., Attn: Manager, Bankruptcy Dept., 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9531009 | | Email/Text: secbankruptcy@sec.gov | Dec 12 2024 18:35:00 | U.S. Securities and Exchange Commission, 100 F St. NE, Washington, DC 20549-2000 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| 9531007 | * | Susanne P. Wahba, 111 Byram Shore Road, Greenwich, CT 06830-6907 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 12, 2024 | Form ID: pdfdoc1 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:**

**Name**     **Email Address**

Holley L. Claiborn
on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Linda St. Pierre
on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Michael J. Habib
on behalf of Debtor Susanne P. Wahba mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| SUSANNE P. WAHBA, | Case No. 24-50786 (JAM) |
| Debtor | Re: ECF No. 13 |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S**
**MOTION TO DISMISS THE DEBTOR'S CASE**

The United States Trustee filed a Motion to Dismiss the case of Susanne P. Wahba (the "Debtor") for failure to maintain appropriate insurance as required by 11 U.S.C. § 1112(b)(4)(C) (the 'Motion', ECF No. 13). A hearing on the Motion was held on November 26, 2024, and continued to December 10, 2024. For the reasons stated on the record during the hearings, and because the Debtor failed to comply with the Court's oral order during the continued hearing requiring the Debtor's counsel, on or before 5:00 p.m. on December 11, 2024, to file on the docket evidence that a debtor-in-possession account has been opened and that a balance of not less than $5,000.00 exists in the account (ECF No. 32), cause exists to dismiss the Debtor's case pursuant to 11 U.S.C. §§ 1112(b)(4)(C) and 1112(b)(4)(E). Therefore, it is hereby

ORDERED: The Motion is GRANTED and the Debtor's case is dismissed.

Dated at Bridgeport, Connecticut this 12th day of December, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut