## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 24-50786 |
| **SUSANNE P. WAHBA** | Chapter: 11 |
| Debtor-in-Possession. | ECF No. 38 |
| _____/ | |

### MOTION FOR RELIEF FROM DISMISSAL ORDER

**COMES NOW**, the Debtor and Debtor-in-Possession, **SUSANNE P. WAHBA**, and hereby Respectfully **MOVES** this Honorable Court for relief from the *Dismissal Order* (ECF # 36) dated December 12, 2024, pursuant to *Fed. R. Bankr. P.* 9024 and *Fed. R. Civ. P.* 60.

In support hereof, the Debtor respectfully represents as follows:

1. The Debtor filed a filed a voluntary petition under Chapter 11 of the *Bankruptcy Code* on Thursday, November 14, 2024, and continues in possession of its estate as debtor-in-possession.

2. On or about November 18, 2024, the U.S. Trustee filed a *Motion to Dismiss* the instant bankruptcy case (ECF # 13).

3. Upon the U.S. Trustee's *Motion to Expedite Hearing* of even date (ECF # 14), which was granted by this Honorable Court (ECF # 16) the following day, the hearing on the U.S. Trustee's *Motion to Dismiss* was scheduled for November 26, 2024.

4. At the conclusion of the hearing on November 26, 2024, this Honorable Court continued the hearing on the *Motion to Dismiss* to December 10, 2024.

5. At the December 10, 2024, while the Debtor was able to resolve the U.S. Trustee's concerns regarding insurance on the real property that formed part of the basis for the *Motion to Dismiss*, this Honorable Court inquired about the status of opening the Debtor-in-Possession (DIP) bank account.

6. As of the date and time of the hearing, the Debtor had not yet been successful in opening a DIP bank account, despite efforts to do so with several different financial institutions.

7. Accordingly, this Honorable Court entered an *Order* (ECF # 32) requiring that:

> **On or before 5:00 p.m. on December 11, 2024, the Debtor's counsel must file on the docket evidence that a debtor-in-possession account is open and had a balance of not less than $5,000.00 in the account…**

8. The Debtor was made aware of this Honorable Court's *Order* immediately following the conclusion of the December 10, 2024 hearing.

9. On December 11, 2024, the Debtor was able to successfully open a DIP bank account at Wells Fargo Bank, an authorized depository approved by the U.S. Trustee's Office, and the debtor deposited all of the funds into the DIP account that the Debtor received upon closing all pre-petition accounts.  (*See* Exhibit A.)

- 2 -

10. The Undersigned received proof of the DIP account opening via e-mail at 4:17 pm on December 11, 2024, 43 minutes prior to this Honorable Court's deadline to provide the same to this Honorable Court.

11. However, the Undersigned had already left the office by that time, and departed the following morning for a previously arranged visit with family for the holidays.

12. As a result, the Debtor's proof of the DIP account opening was not filed with this Honorable Court prior to the deadline set-forth in it's *Order*, although the account was indeed opened prior to the deadline.

13. On December 12, 2024, this Honorable Court entered an *Order* (ECF # 36) dismissing the Debtor's Chapter 11 bankruptcy case for failing to provide proof of the DIP account opening.

14. Pursuant to *Fed. R. Bankr. P.* 9024, a *Motion for Relief* from a judgment or *Order* of this Honorable Court is governed by *Fed. R. Civ. P.* 60.

15. *Fed. R. Civ. P.* 60(b),

> **On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:**
>> **(1) mistake, inadvertence, surprise, or excusable neglect;… or**
>> **(6) any other reason that justifies relief.**

16. Whereas the Debtor in the instant case was indeed able to successfully open a DIP bank account and deposit pre-petition funds into the same, prior to this

Honorable Court's 5pm deadline on December 11, 2024, and has provided to this Honorable Court proof of the same concurrent with the filing of the iinstant motion, the requested relief from this Honorable Court's *Dismissal Order* (ECF # 36) is justified pursuant to *Fed. R. Bankr. P.* 9024 and *Fed. R. Civ. P.* 60.

**WHEREFORE**, for the foregoing reasons, the Debtor **SUSANNE P. WAHBA**, Respectfully **MOVES** this Honorable Court for relief from the *Dismissal Order* (ECF # 36) dated December 12, 2024, pursuant to *Fed. R. Bankr. P.* 9024 and *Fed. R. Civ. P.* 60, and Respectfully Requests that this Honorable Court **GRANT** the instant *Motion* for such relief.

**RESPECTFULLY SUBMITTED,
SUSANNE P. WAHBA,
DEBTOR-IN-POSSESSION,**

By: \_\_\_/S/ Michael J. Habib, Esq._____
**MICHAEL J. HABIB, ESQ.** (ct29412)
Willcutts & Habib LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
e-mail: Mike@InzitariLawOffice.com