# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                                                                              Case No.: 24-50786

**SUSANNE P. WAHBA**                                                         Chapter: 11

                              Debtor.                                        ECF No. 38
_____/

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the *Federal Rules of Bankruptcy Procedure*, the undersigned certifies that on the **2ND** day of **JANUARY**, **2025**, the foregoing document was served on the U.S. Trustee and all appearing parties via the court's CM/ECF electronic filing system.

**Dated at <u>New Haven</u> this <u>2nd</u> day of <u>JANUARY</u>, 20<u>25</u>.**

                                                          By:    /S/ Michael J. Habib, Esq.
                                                               **MICHAEL J. HABIB, ESQ.** (ct29412)
                                                                Willcutts & Habib LLC
                                                                100 Pearl St., Fl. 14
                                                                Hartford, CT 06103-4500
                                                                Tel: (860) 249-7071
                                                                Fax: (860) 863-4625
                                                                e-mail: Mike@InzitariLawOffice.com