# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 24-50786 |
| **SUSANNE P. WAHBA** | Chapter: 11 |
| Debtor-in-Possession. | ECF No. 40 |
| _____/ | |

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 2002, 7004, and 9014, the undersigned certifies that on the **2nd** day of **JANUARY**, **2024**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, and, on the **6th** day of **JANUARY**, **2024** by USPS First-Class mail, postage pre-paid, on all interested parties listed in section 2 below:

1. **Documents Served:**

    1. Debtor's *Motion for Relief from Dismissal Order* (ECF # 38);

    2. *Exhibits A*, *B*, & *C* to Debtor's *Motion for Relief from Dismissal Order* (ECF # 38-1); and,

    3. *Certificate of Service* (ECF # 40).

2. **Parties Served via First Class Mail:**

| | |
|---|---|
| U.S. Trustee<br>Attn; Holley Claiborne<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court St., Room 302<br>New Haven, CT 06510-2022 | American Express National Bank<br>Attn: Manager, Bankruptcy Dept.<br>115 W Towne Ridge Pkwy<br>Sandy, UT 84070 |

| | |
|---|---|
| BARCLAY DAMON LLP<br>ATTN: BRIAN RICH, ESQ.<br>545 LONG WHARF DR 9TH FL<br>New Haven, CT 06511 | CACH, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Department of Revenue Services<br>Attn: Collections, Bankruptcy Team<br>450 Columbus Blvd Ste 1<br>Hartford, CT 06103-1837 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Midland Credit Management, Inc.<br>Attn: Manager, Bankruptcy Dept.<br>350 Camino De La Reina Ste. 100<br>San Diego, CA 92108 | Marino, Zabel & Schellenberg, PLLC<br>Attn: Dennis J. Kokenos, Esq.<br>657 Orange Center Rd<br>Orange, CT 06477 |
| Law Offices Howard Lee Schiff, PC<br>510 Tolland St.<br>East Hartford, CT 06108 | Susanne P. Wahba<br>111 Byram Shore Road<br>Greenwich, CT 06830-6907 |
| Town of Greenwich<br>Attn: Heather Smeriglio, Tax Collector<br>101 Field Point Road<br>Greenwich, CT 06830 | Willcutts & Habib LLC<br>Attn: Michael Habib, Esq.<br>100 Pearl St., Fl. 14<br>Hartford, CT 06103-4500 |
| Abraham M Hoffmann<br>4154 Madison Ave.<br>Trumbull, CT 06611 | U.S. Securities and Exchange Commission<br>100 F St. NE<br>Washington, DC 20549-2000 |
| JPMORGAN CHASE BANK N A<br>ATTN: BANKRUPTCY MAIL INTAKE TEAM<br>700 Kansas Ln., Fl. 1<br>Monroe, LA 71203-4774 | Dr. Magdy Wahba<br>306 Upper Mountain Ave # 1<br>Montclair, NJ 07043 |

**Dated at <u>NEW HAVEN, CONNECTICUT</u> this <u>7th</u> day of <u>JANUARY</u>, <u>2024</u>.**

*/s/ Michael J. Habib*

**MICHAEL J. HABIB, ESQ.** (CT29412)