# EXHIBIT D

(Debtor's 4:17PM e-mail on December 11, 2024 to Counsel, with Attachment evidencing the opening of the DIP bank account at Wells Fargo Bank, NA on December 11, 2024)

Supplemental Exhibit to the Debtor's
Motion for Relief from Dismissal Order
(ECF No. 38)



Habib, Michael J. <mike@inzitarilawoffice.com>

## DIP ACCOUNT OPENED AT WELLS FARGO
1 message

**Susanne Wahba** <susannewahba@gmail.com>  Wed, Dec 11, 2024 at 4:17 PM
To: "Michael J. Habib" <mike@inzitarilawoffice.com>

Attached is PDF final version CHASE WAHBA DIP ACCT WELLS FARGO

Thank you Michael!

📄 **CHASE Wahba DIP ACCT Wells Fargo_12_11_2024 - Final Ver1.pdf**
386K

# Consumer Account Application


WELLS FARGO

| Bank Name: | Branch Name: |
|---|---|
| WELLS FARGO BANK, N.A. | RYE BROOK |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| JOHN SUOZZO | ▓ | 12/11/2024 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 914/934-8254 | 09041 | ▓ | ▓ |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| Product Name: | Account Number: | Product: |
|---|---|---|
| Wells Fargo Everyday Checking | ▓2948 | DDA |

| Purpose of Account: | Minor: | COID: |
|---|---|---|
| Personal/Household income | | 348 |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| CL-001353607 | No |

## Related Customers

| Customer Name: | Account Relationship: |
|---|---|
| SUSANNE P WAHBA | Sole Owner |

## Statement Mailing Information

| Customer(s) Listed on Statement: | Statement Mailing Address: |
|---|---|
| SUSANNE P WAHBA | DEBTOR IN POSSESSION |
| | Address Line 2: |
| | 111 BYRAM SHORE RD |
| | City: GREENWICH |
| | State: NY |
| | ZIP/Postal Code: 06830-6907 |
| | Country: US |

**Customer Copy**

Page 1 of 3

DSG8921 (9-24 SVP)

Consumer Account Application

## Customer 1 Information

| Customer Name: | Street Address: |
|---|---|
| SUSANNE P WAHBA | 111 BYRAM SHORE RD |

| Customer Number (ECN): | Address Line 2: |
|---|---|
| ███████ | |

| Account Relationship: | Address Line 3: |
|---|---|
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | Date of Birth: | City: | State: |
|---|---|---|---|---|
| ███████ | SSN | ███████ | GREENWICH | CT |

| Primary ID Type: | Primary ID Description: | ZIP/Postal Code: | Country: | Time at this address: |
|---|---|---|---|---|
| DLIC | ███████ | 06830-6907 | US | Year(s)   Month(s) |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Directional Address: (Document when no physical residence, business or alternate street address.) |
|---|---|---|---|
| CT | 06/17/2024 | ███ 2030 | |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR DC | WELLS FARGO 0350 |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | Previous Street Address: |
|---|---|---|---|
| | | 05/30/2027 | |

| Home Phone: | Business Phone: | City: | State: |
|---|---|---|---|
| | | | |

| Current Employer: | ZIP/Postal Code: | Country: | Time at this address: |
|---|---|---|---|
| RETIRED | | | Year(s)   Month(s) |

| Check Reporting: | Country of Citizenship: | Country of Permanent Residence: |
|---|---|---|
| NO RECORD | US | US |

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED THE BOX BELOW, I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person; and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (This does not apply to accounts maintained in the United States.)

☐ I am subject to backup withholding because the statement in 2(b) above does not apply.

| Tax Responsible Customer Name: | Taxpayer Identification Number (TIN): |
|---|---|
| SUSANNE P WAHBA | ███████ |

TIN Certification Signature

███████

☐ Submit manually
☐ Signature not required

Date: 12/11/2024

## Customer Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. **I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms.** I also agree to the terms of the dispute resolution program described in the foregoing agreements. **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**



DSG8921 (9-24 SVP)

Page 2 of 3

Consumer Account Application

Customer 1 Name
SUSANNE P WAHBA

Customer 1 Signature

☐ Submit manually
☐ Signature not required

Date: 12/11/2024

**Customer Copy**