# EXHIBIT F

ORDER    433230

DOCKET NO: FSTCV136019828S

SUPERIOR COURT

WAHBA, SUSANNE P.
   V.
JPMORGAN CHASE BANK, N.A.

JUDICIAL DISTRICT OF STAMFORD
   AT STAMFORD

11/26/2018

ORDER

The following order is entered in the above matter:

ORDER:

Judgement of Strict Foreclosure is ordered:

FMV: 6,700,000.00
Debt: 6,179,1969.57
Title Search: $1200..
Attorney's Fees: $ 121,305.80

LAW DAY SET FOR Tuesday, January 22, 2019, for the owner of the equity of redemption, and
subsequent days for subsequent encumbrancers in the inverse order of their priorities.

Judicial Notice (JDNO) was sent regarding this order.

433230
_____

Judge: KENNETH B POVODATOR
Processed by: Amy Melashvili