# EXHIBIT G

STATE OF CONNECTICUT
**APPELLATE COURT**

Date: Hartford, October 20, 2020

*To the Chief Clerk of the Appellate Court.*
The Appellate Court has decided the following case:

SUSANNE P. WAHBA

v.                                                                                          *Opinion by Alvord, J.*

JPMORGAN CHASE BANK, N.A.

Docket No. AC 42389
Trial Court Docket No. FSTCV136019828S

      The appeal is dismissed with respect to the defendant's March 15, 2017 motion in limine; the judgment is affirmed and the case is remanded solely for the purpose of setting new law days.

_____
Chief Judge

Rescript