# EXHIBIT H

# SUPREME COURT

# STATE OF CONNECTICUT

PSC-200299

SUSANNE P. WAHBA

v.

JPMORGAN CHASE BANK, N.A.

## ORDER ON PETITION FOR CERTIFICATION TO APPEAL

The plaintiff's petition for certification to appeal from the Appellate Court, 200 Conn. App. 852 (AC 42389), is denied.

MULLINS, J., did not participate in the consideration of or the decision on this petition.

*Thomas P. Willcutts,* in support of the petition.
*Brian D. Rich*, in opposition.

Decided January 26, 2021

By the Court,

/s/
Cory M. Daige
Assistant Clerk - Appellate

Notice Sent:  January 26, 2021
Petition Filed: January 5, 2021
Hon. Kenneth B. Povodator
Clerk, Superior Court, FST-CV13-6019828-S
Clerk, Appellate Court
Reporter of Judicial Decisions
Staff Attorneys' Office
Counsel of Record